**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| JOHN P. BOHNE, | ) | |
|     Plaintiff, | ) | |
| v. | ) | C.A. No. 04CV10068WGY |
|  | ) | |
| COMPUTER ASSOCIATES | ) | |
| INTERNATIONAL, INC., | ) | |
|     Defendant. | ) | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant, Computer Associates International, Inc. ("Computer Associates") hereby states that Computer Associates, a publicly traded company, has no parent corporation. Computer Associates further states that no publicly held corporation owns 10% or more of Computer Associates' stock.

Respectfully submitted,

DEFENDANT,
COMPUTER ASSOCIATES
INTERNATIONAL, INC.,
By its Attorneys,

 /s/ Damian W. Wilmot
Brigitte Duffy (BBO# 565724)
Damian W. Wilmot (BBO# 648693)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800

DATED: May 24, 2004         Telecopier:    (617) 946-4801

## **CERTIFICATE OF SERVICE**

    I, Damian W. Wilmot, hereby certify that on May 24, 2004, I caused a true copy of the above to be delivered upon Plaintiff's attorney, Louise A. Herman, 100 Midway Place, Suite 1, Cranston, RI 02920-5707.

                                                                /s/ Damian W. Wilmot
                                                                Damian W. Wilmot