UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN P. BOHNE,<br>    Plaintiff,<br>v.<br>COMPUTER ASSOCIATES<br>INTERNATIONAL, INC.,<br>    Defendant. | C.A. No. 04CV10068WGY |

**NOTICE OF APPEARANCE**

    Kindly enter the appearances of Damian W. Wilmot and Brigitte Duffy of Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, MA 02110, as counsel for the Defendant in connection with the above-captioned action.

    Respectfully submitted,

    DEFENDANT,
    COMPUTER ASSOCIATES
    INTERNATIONAL, INC.,
    By its Attorneys,


    __/s/ Damian W. Wilmot_____
    Brigitte Duffy (BBO# 565724)
    bduffy@seyfarth.com
    Damian W. Wilmot (BBO# 648693)
    dwilmot@seyfarth.com
    SEYFARTH SHAW LLP
    World Trade Center East
    Two Seaport Lane, Suite 300
DATED: May 24, 2004    Boston, MA 02210-2028
    Telephone:    (617) 946-4800
    Telecopier:    (617) 946-4801

2

**CERTIFICATE OF SERVICE**

     I, Damian W. Wilmot, hereby certify that on May 24, 2004, I caused a true copy of the above to be delivered upon Plaintiff's attorney, Louise A. Herman, 100 Midway Place, Suite 1, Cranston, RI 02920-5707.

                                           /s/ Damian W. Wilmot
                                           Damian W. Wilmot

BO1 15645409.1