## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN P. BOHNE,  )  | | |
| Plaintiff,  ) | | |
| v.  ) | | C.A. No. 04CV10068WGY |
| )  | | |
| COMPUTER ASSOCIATES  ) | | |
| INTERNATIONAL, INC.,  ) | | |
| Defendant.  ) | | |

### ASSENTED TO MOTION TO POSTPONE THE SCHEDULING CONFERENCE

Defendant Computer Associates International, Inc., respectfully requests that the Court postpone the Scheduling Conference currently scheduled for July 7, 2004 until August 2004. Lead counsel for the Defendant, Brigitte Duffy, has a previously scheduled vacation out of the country from July 7, 2004 through and including July 21, 2004. Lead Counsel for the Plaintiff, Edward Formisano, has a trial in another action beginning on July 12, 2004, and which will likely end on July 23, 2004. Finally, the Democratic National Convention ("DNC") is scheduled to take place in Boston from July 26, 2004, until July 29, 2004. The Court may take judicial notice of well known information published by the City of Boston Mayor's Office that the DNC will have a major impact on traffic in the Boston region and will create burdensome traffic problems for commuters who travel to and from Boston. The Court may also take judicial notice of the fact that the City of Boston Mayor's Office has urged Boston-area businesses to allow its employees to use flex-time, telecommuting, staggered shifts and other measures to reduce traffic to and from Boston. Attorneys Duffy and Formisano live outside the City of Boston and must commute into Boston to attend the Scheduling Conference. For the foregoing reasons, the Defendant requests the Court postpone the Scheduling Conference from July 7, 2004 to a date in August 2004. Counsel for the Plaintiff has assented to this Motion.

**WHEREFORE**, the Defendant respectfully requests that this Court postpone the Scheduling Conference from July 7, 2004 to a date in August 2004.

>Respectfully submitted,
>
>DEFENDANT,
>COMPUTER ASSOCIATES
>INTERNATIONAL, INC.,
>By its Attorneys,
>
>  /s/ Damian W. Wilmot
>Brigitte Duffy (BBO# 565724)
>Damian W. Wilmot (BBO# 648693)
>SEYFARTH SHAW LLP
>World Trade Center East
>Two Seaport Lane, Suite 300
>Boston, MA 02210-2028
>Telephone:   (617) 946-4800
>Telecopier:   (617) 946-4801

DATED: June 16, 2004

## CERTIFICATE OF SERVICE

I, Damian W. Wilmot, hereby certify that on June 16, 2004, I caused a true copy of the above to be delivered upon Plaintiff's attorneys, Edward Formisano and Louise A. Herman, 100 Midway Place, Suite 1, Cranston, RI 02920-5707.

>  /s/ Damian W. Wilmot
>Damian W. Wilmot