# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
)
JOHN P. BOHNE,                         )
                  Plaintiff,           )
v.                                     )          C.A. No. 04CV10068WGY
                                       )
COMPUTER ASSOCIATES                    )
INTERNATIONAL, INC.,                   )
                  Defendant.           )
_____)

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The plaintiff, John P. Bohne ("Plaintiff"), and the defendant, Computer Associates

International, Inc. ("CA" or "Defendant"), hereby submit this Joint Statement Regarding

Proposed Pretrial Schedule pursuant to Rule 16.1(D) of the Local Rules of the United States

District Court for the District of Massachusetts and the Court's Notice of Scheduling

Conference.  The parties jointly and respectfully request that the Court approve the following

Proposed Pretrial Schedule and Discovery Plan:

**1.      PROPOSED DISCOVERY PLAN**

| | |
|---|---|
| August 16, 2004 | The Parties have agreed to complete and serve automatic disclosures on or before this date; |
| May 2, 2005 | The Parties have agreed to complete all fact discovery, including requests for production of documents, interrogatories and fact witness depositions on or before this date; |
| May 2, 2005 | Plaintiff has agreed to disclose expert(s) and production of expert report(s) on or before this date; |
| June 2, 2005 | Defendant has agreed to disclose expert(s) and production of expert report(s) on or before this date; |
| July 5, 2005 | The Parties have agreed to disclose rebuttal expert(s) and production of rebuttal expert report(s) on or before this date; |
| August 2, 2005 | The Parties have agreed to complete expert discovery, including without limitation, deposition(s) of expert(s) and independent medical examination(s) on or before this date. |

**2.    PROPOSED SCHEDULE FOR FILING MOTIONS**

June 15, 2005        The Parties have agreed to serve dispositive motions, if either party determines that such a motion is appropriate, on or before this date. The Parties also have agreed to serve any opposition thereto within 30 days of filing of said dispositive motion.

The parties further reserve their rights to request leave of this Court to submit reply briefs and/or surreply briefs.

**3.    PROPOSED TRIAL DATE**

September 12, 2005    Start date for a trial if the action is not resolved before then.

**4.    MODIFICATION OF SCHEDULED DATES**

The parties submit that they will be ready for a Pre-Trial Conference in this action within 45 days of the date of a final ruling by the Court on any dispositive motion.

All dates, other than any trial date, may be modified subject to written agreement of the parties and approval by the Court, or upon motion to the Court for good cause.

**5.    TRIAL BY A MAGISTRATE JUDGE**

At the present time, the parties do not consent to trial of this action by a Magistrate Judge.

**6.    SETTLEMENT**

The parties have discussed settlement but have been unable to reach agreement as of this date.

**7.    CERTIFICATIONS**

The undersigned counsel hereby certify that they have conferred with their clients with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and to consider the resolution of the litigation through the use of

alternative dispute resolution programs.  The parties have submitted, or will submit, separately the certifications required by Local Rule 16.1(D)(3).

WHEREFORE, Plaintiff and Defendant respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

Respectfully submitted,

PLAINTIFF,                                          DEFENDANT,
JOHN P. BOHNE                                       COMPUTER ASSOCIATES
                                                    INTERNATIONAL, INC.,
By his Attorney,                                    By its Attorneys,


 /s/ Louise Herman                                   /s/ Damian W. Wilmot
Louise A. Herman (BBO# 548995)                      Brigitte Duffy (BBO# 565724)
SINAPI, FORMISANO & COMPANY                         Damian W. Wilmot (BBO# 648693)
100 Midway Place, Suite 1                           SEYFARTH SHAW LLP
Cranston, RI 02920                                  World Trade Center East
Telephone:    (401) 944-9690                        Two Seaport Lane, Suite 300
Telecopier:    (401) 943-9040                       Boston, MA 02210-2028
                                                    Telephone:    (617) 946-4800
                                                    Telecopier:    (617) 946-4801

DATED: June 21, 2004

BO1 15649638.1