UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN P. BOHNE,<br>        Plaintiff,<br>v.<br><br>COMPUTER ASSOCIATES<br>INTERNATIONAL, INC.,<br>        Defendant. | )<br>)<br>)<br>)   C.A. No. 04CV10068WGY<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION**

Pursuant to Local Rule 16.1, the Defendant, Computer Associates International, Inc., and its counsel hereby certify that they have conferred:

(a)  with a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of this litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**DEFENDANT**
**COMPUTER ASSOCIATES INTERNATIONAL, INC.**

By: _/s/ Alexander G. Arato_   DATE: June 16, 2004
Alexander G. Arato
Computer Associates International, Inc.
Vice President, Senior Counsel

Its Counsel,

_/s/ Brigitte Duffy_   DATE: June 16, 2004
Brigitte Duffy (BBO# 565724)
Damian W. Wilmot (BBO# 648693)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801