UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUL -8 P 12: 43
U.S. DISTRICT COURT
DISTRICT OF MASS

JOHN P. BOHNE,
    Plaintiff

v.

COMPUTER ASSOCIATES
INTERNATIONAL, INC.,
    Defendant

C.A. No. 04-10068WGY

## MOTION FOR ADMISSION PRO HAC VICE

Now comes Louise A. Herman, a member in good standing of the bar of the United States District Court for the District of Massachusetts, and does hereby move this Honorable Court pursuant to Local Rule 83.5.3(b) of this Court to admit V. Edward Formisano, Esq., pro hac vice in the above-cited action. In support of this motion, the Movant states V. Edward Formisano, Esq. is a member in good standing of the bars of the United States District Court for the District of Rhode Island and the Supreme Court of the State of Rhode Island and has not been denied admission or disciplined by this Court or any other court.

Respectfully submitted,

_____
Louise A. Herman (548995)
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
(401)944-9690
(401)943-9040 (facsimile)

## CERTIFICATION

TO:  Brigitte M. Duffy, Esq.
     Seyfarth Shaw
     Two Seaport Lane
     Boston, MA 02210-2028

I hereby certify that a true copy of the within was sent via first-class mail, postage prepaid, to the above-named counsel of record on this 6 day of July, 2004.

*Jennifer Morfield*

VEF/bohne.pld.