## AFFIDAVIT

Now comes the undersigned, V. Edward Formisano, Esq., being duly sworn, and does hereby depose and say as follows:

1. That I am a member in good standing of the bar of the Supreme Court of the State of Rhode Island as evidenced by the attached Certificate of Good Standing.

2. That there are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

3. That I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn to under the pains and penalties of perjury.

_____
V. Edward Formisano, Esq.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Sworn and subscribed to in City of Cranston before me this 6th day of July, 2004.

_____
Notary Public
My commission expires: _____



OFFICIAL SEAL
RICHARD A. SINAPI
NOTARY PUBLIC – RHODE ISLAND
My Comm. Expires 6-22

# RHODE ISLAND SUPREME COURT

Office of the Clerk

www.courts.state.ri.us



Licht Judicial Complex
250 Benefit Street
Providence, RI 02903
401-222-3272
Fax: 401-222-3599

State of Rhode Island and Providence Plantations

This Certifies

That    V. Edward Formisano                                                of

East Greenwich, Rhode Island            is an

Attorney and Counsellor of the Supreme Court

of the State of Rhode Island, and as such was on the 27th day of June A.D. 1996 admitted to practice in all the courts of said State, as appears of record in this the office of the clerk of the Supreme Court of said State and is in good standing and qualified to practice in said Courts. The Supreme Court is the highest Court in the State.

Given under my hand and the seal of said Supreme Court at Providence, this ___18th___ day of ___June___, A.D. 20_04_

_____
                                              Clerk