UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN P. BOHNE,          )  | |
|     Plaintiff,   ) | |
| v.                               ) | C.A. No. 04CV10068WGY |
|                                      ) | |
| COMPUTER ASSOCIATES ) | |
| INTERNATIONAL, INC.,   ) | |
|     Defendant.  ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Damian W. Wilmot as counsel for the Defendant, Computer Associates International, Inc.

                                              Respectfully submitted,

                                              DEFENDANT,
COMPUTER ASSOCIATES
INTERNATIONAL, INC.,
By its Attorneys,

                                              __/s/ Damian W. Wilmot_____
Brigitte Duffy (BBO# 565724)
bduffy@seyfarth.com
Damian W. Wilmot (BBO# 648693)
dwilmot@seyfarth.com
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
DATED: August 12, 2004                 Boston, MA 02210-2028
                                              Telephone:   (617) 946-4800
                                              Telecopier:   (617) 946-4801

2

**CERTIFICATE OF SERVICE**

    I, Damian W. Wilmot, hereby certify that on August 12, 2004, I caused a true copy of the above to be delivered upon Plaintiff's attorney, Louise A. Herman, 100 Midway Place, Suite 1, Cranston, RI 02920-5707.

                                                /s/ Damian W. Wilmot
                                                Damian W. Wilmot

BO1 15657912.1