UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN P. BOHNE,  :
   Plaintiff,  :
                 :
v.  :      C.A. No. 04-10068WGY
                 :
COMPUTER ASSOCIATES  :
INTERNATIONAL, INC.,  :
   Defendant  :

## MOTION TO WITHDRAW

Now comes the Attorney for the Plaintiff, and hereby renews his request that this Honorable Court allow him to withdraw as counsel for the Plaintiff based upon the reasons cited in the attached affidavit.

_____
V. Edward Formisano, Pro Hac Vice
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
(401)944-9690
(401)943-9040 (facsimile)

## CERTIFICATION

TO:   Brigitte M. Duffy, Esq.
        Seyfarth Shaw
        Two Seaport Lane
        Boston, MA 02210-2028

I hereby certify that a true copy of the within was mailed to the above-named counsel of record on this 16 day of June, 2005.

_____