UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN P. BOHNE,  :
    Plaintiff,  :
  :
v.  :    C.A. No. 04-10068WGY
  :
COMPUTER ASSOCIATES  :
INTERNATIONAL, INC.,  :
    Defendant  :

### AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW

I, V. Edward Formisano, counsel for the Plaintiff do hereby state under oath as follows:

1. That I am the attorney of record for the Plaintiff in the above-referenced matter.

2. That there has been a breakdown in the relationship and communication between myself and the Plaintiff which has made the continuation of an effective attorney-client relationship impossible.

3. That my continued representation of the Plaintiff will create an ethical conflict.

4. That the Plaintiff has been notified by regular and certified mail of the pendency of the undersigned's motion to withdraw.

5. That Plaintiff has notified counsel that he intends to enter his appearance, pro se.

                                                                _____
                                                                V. Edward Formisano, Esq.

Case 1:04-cv-10068-WGY   Document 16   Filed 06/16/2005   Page 1 of 2

Subscribed and sworn to me this 16th day of June, 2005.



Notary Public