UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN P. BOHNE,              :
    Plaintiff,              :
                            :
v.                          :       C.A. No. 04-10068WGY
                            :
COMPUTER ASSOCIATES         :
INTERNATIONAL, INC.,        :
    Defendant               :

### ENTRY OF APPEARANCE

I hereby give notice of my entry of appearance, pro se. Simultaneous with the filing of this Notice, a Notice of Withdrawal of Appearance by predecessor counsel will be filed.

_____          6/17/05
John P. Bohne, Pro Se
34 Kenmare Way
Rehoboth Beach, Delaware 19971
302-227-6405

### CERTIFICATION

TO:   Brigitte M. Duffy, Esq.
      Seyfarth Shaw
      Two Seaport Lane
      Boston, MA 02210-2028

I hereby certify that a true copy of the within was mailed to the above-named counsel of record on this 20 day of June, 2005.