UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN P. BOHNE,<br>    Plaintiff,<br><br>v.<br><br>COMPUTER ASSOCIATES<br>INTERNATIONAL, INC.,<br>    Defendant | :<br>:<br>:<br>:   C.A. No. 04-10068WGY<br>:<br>:<br>:<br>: |

## SUPPLEMENT TO MOTION TO WITHDRAW

Now comes the Attorney for the Plaintiff and hereby supplements his Motion to Withdraw as counsel for the Plaintiff based upon the reasons cited in the attached affidavit.

Respectfully Submitted,

Dated: June 22, 2005

V. Edward Formisano, Pro Hac Vice
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040 (facsimile)

## CERTIFICATION

TO:   Brigitte M. Duffy, Esq.      John P. Bohne
        Seyfarth Shaw                 34 Kenmare Way
        Two Seaport Lane           Rehoboth Beach, Delaware 19971
        Boston, MA 02210-2028

I hereby certify that a true copy of the within was mailed to the above-named counsel of record and sent by certified mail and first class mail to John P. Bohne on this 22 day of June, 2005.