UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN P. BOHNE,
    Plaintiff,

v.   C.A. No. 04-10068WGY

COMPUTER ASSOCIATES
INTERNATIONAL, INC.,
    Defendant

### SUPPLEMENT TO AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW

I, V. Edward Formisano, counsel for the Plaintiff do hereby state under oath as follows:

1. That on June 21, 2005, Plaintiff advised me that he did not wish me to take any further action relative to representation of him in this matter.

2. That the Plaintiff has terminated the attorney-client relationship.

3. That the Plaintiff further advised me that he intends to be a pro se plaintiff, or, will by retaining other counsel.

4. That Plaintiff has filed an entry of appearance, pro se.

5. That the Plaintiff has been forwarded via regular and certified mail a copy of the Supplement to Motion to Withdraw and this affidavit.

                        V. Edward Formisano

Subscribed and sworn to me this 22nd day of June, 2005.

                        Notary Public



OFFICIAL SEAL
MICHAEL D. PUSHEE
NOTARY PUBLIC – RHODE ISLAND
My Comm. Expires 1/24/07