UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BOHNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. NO. 04CV10068WGY |
| | ) |
| COMPUTER ASSOCIATES INTERNATIONAL, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL**

Defendant Computer Associates International, Inc. ("CA"), hereby objects to the motion of plaintiff John Bohne's ("Plaintiff") counsel to withdraw from his representation of the Plaintiff.

1. This case arises out of the decision of CA to terminate the employment of Plaintiff in August 2002. In this action, Plaintiff asserts claims, among others, for age discrimination and breach of implied covenant of good faith and fair dealing. Plaintiff's counsel has represented him in this matter since late 2002, before litigation commenced and during the proceedings before the Massachusetts Commission Against Discrimination.

2. Plaintiff commenced this action in January 2004. The time for completing discovery has passed and CA is currently preparing its motion for summary judgment. The trial in the matter is set for the week of October 3, 2005.

3. Given the current procedural posture of this case, the withdrawal of Plaintiff's counsel would significantly impede the orderly resolution of this case.

2

      For the foregoing reasons, defendant CA respectfully requests that the Court deny the motion to withdraw as counsel filed by plaintiff's counsel unless and until another attorney is substituted.

Dated: June 24, 2005

                                          Respectfully submitted,

                                          DEFENDANT,
                                          COMPUTER ASSOCIATES
                                          INTERNATIONAL, INC.,
                                          By its Attorneys,

                                          /s/ Brigitte Duffy
                                          Brigitte Duffy (BBO # 565724)
                                          SEYFARTH SHAW LLP
                                          World Trade Center East
                                          Two Seaport Lane, Suite 300
                                          Boston, MA 02210-2028
                                          Telephone:   (617) 946-4800
                                          Telecopier:   (617) 946-4801