United States District Court
District of Massachusetts

| | |
|---|---|
| John P. Bohne,<br>　　　　Plaintiff,<br><br>v.<br><br>Computer Associates<br>International, Inc.,<br>　　　　Defendant. | C.A. No.04CV10068WGY |

**Plaintiff's Request for Extension of Time to Collect Deposition Testimony.**

I was notified by my Attorney, V. Edward Formisano, that the Court has approved his request to withdraw from the above referenced Case, I am therefore representing myself (pro se), and I am asking permission from the Court to have Sixty (60) days from the date of this letter, to interview Councel and to collect the appropriate Depositions in this Case.

Respectfully Submitted

John P. Bohne
34 Kenmare Way
Rehoboth Beach, DE 19971
(302) 227-6405
(302) 448-0993 (mobile)