**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| John P. Bohne,           )<br>          Plaintiff,     )<br>                             )<br>v.                          )      C.A. No.04CV10068WGY<br>                             )<br>Computer Associates  )<br>International, Inc.,     )<br>          Defendant.   )<br>                             )<br>_____)  | |

**Plaintiff's Request for Assistance from the Court to have Defendant**
**comply with Interrogatories and Production of Documents**

On or about January 19th of 2005, the Plaintiff's Attorney requested from Computer Associates, certain documents and information that is critical to establishing its case. As of this filing, Computer Associates International, Inc. has not responded to this request.

This filing is to request that the Court intervene and insist that Computer Associates deliver to the Plaintiff, at the address below, all information and documents requested therein. A timely response (within 30 days) is to be expected.

Respectfully Submitted

John P. Bohne
34 Kenmare Way
Rehoboth Beach, DE 19971
(302) 227-6405
(302) 448-0993 (mobile)