**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| John P. Bohne,<br>　　　　　Plaintiff,<br><br>v.<br><br>Computer Associates<br>International, Inc.,<br>　　　　　Defendant. | )<br>)<br>)<br>)　　　C.A. No.04CV10068WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## Plaintiff's Second Request for Production of Documents Addressed to the Defendant Computer Associates International, Inc.

### I. Introduction

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, the Plaintiff request that Defendant Computer Associates International, Inc. produce the following documents and things for inspection and copying at **34 Kenmare Way, Rehoboth Beach, Delaware 19971**, on or about thirty (30) days following service of the within Request for Production.

### II. Definitions

For the purpose of this Document Production Request and Responses thereto, the definitions will be modified to add the following:

A. "Documents" shall include all computer files, forms, and related information, whether stored on a Computer Server or individual Personal Computer (PC) and delivered in printed form.

## III. <u>Documents Requested</u>

1.  All Documents relating to Territory Assignment, Assignment of and distribution of Prospective Accounts, Existing Customer Accounts and information related to Sales Opportunities for individuals assigned to those accounts for the Northeast Division (the division headed by Jon Botter, Joseph Quaglia and Victor Fisciani) for the period 1995 through 2002.

2.  All Forecasting Information including but not limited to Forecast Forms, Target Account Selling (TAS) documents, DISPROD Reports and other information used for Sales forecasting for the period above for the Northeast Division.

3.  All Customer Reports (CAPS Reports) for Accounts Assigned to the Plaintiff for the same period

4.  All Contract documents, Business Analysis Review Forms (BARF) Documents, Shipping forms, Commission statements and related documents for accounts assigned to the Plaintiff for the same period.

5.  All Documents relating to Territory Assignment, Assignment of and distribution of Prospective Accounts, Existing Customer Accounts and information related to Sales Opportunities for individuals assigned to those accounts for the Sales Region in Framingham, MA between August 2002 and March 2003.

Respectfully Submitted

John P. Bohne
34 Kenmare Way
Rehoboth Beach, DE 19971
(302) 227-6405
(302) 448-0993 (mobile)