United States District Court
District of Massachusetts

| | |
|---|---|
| John P. Bohne,<br>    Plaintiff,<br><br>v.<br><br>Computer Associates<br>International, Inc.,<br>    Defendant. | C.A. No.04CV10068WGY |

### Plaintiff's Response to Defendant's Opposition to an Extension of time

As the Plaintiff, I would like to clarify and challenge some of the representations in the Defendant's Opposition statements.

1. The defendant incorrectly stated in Paragraph #5of this filing the situation regarding the Plaintiff's Counsel. In fact, the plaintiff's council requested a release from his Fiduciary responsibilities to the Plaintiff. The Plaintiff agreed to this based on certain terms and conditions. These were outlined in the letter of transmittal attached. Refer to Exhibits #1 and #2.
2. In Paragraph # 4, the Defendant's Counsel states that Depositions were schedule twice and were cancelled. The Plaintiff has knowledge of only one cancellation. That cancellation took place after the Plaintiff had agreed to the release of his Counsel, and did not feel it wise to have this attorney represent him at a Deposition while his request to be removed was pending approval of the Court. That situation could have posed a conflict of interests. No filings with the Court were sent to the Plaintiff.
3. The Defendant's Counsel failed to indicate to the Court that they had scheduled a deposition as late as June 16th of 2005. The transcripts of this have been made available the week of July 4th

  2005 and have not been received by the Plaintiff as of July 11th 2005.

4. Computer Associates has continually delayed the Discovery process. The Defendants own Counsel admits that the first production of Documents was only done on March 14th 2005. This was some 30 days later than the date requested by the Plaintiff's Counsel and was produced for the purposes of taking deposition statements from the Plaintiff on March 17th 2005. This allowed only two days for review of the documents before the testimony was taken.

5. With regards to the scheduled trial date, the Plaintiff does not object to considering a date later in the Court's Calendar.

            Respectfully Submitted

            John P. Bohne
            34 Kenmare Way
            Rehoboth Beach, DE 19971
            (302) 227-6405
            (302) 448-0993 (mobile)

**Dated This Day:**
7/11/05