## John P Bohne

**From:**    JohnKathy01 [JohnKathy01@comcast.net]

**Sent:**    Wednesday, June 15, 2005 8:33 AM

**To:**    johnbohne01@comcast.net

**Subject:** FW:



-----Original Message-----
**From:** V. Edward Formisano [mailto:edf@sfclaw.com]
**Sent:** Wednesday, June 15, 2005 8:24 AM
**To:** JohnKathy01@comcast.net
**Subject:** Fw:


----- Original Message ----
**From:** V. Edward Formisano
**To:** John & Kathy Bohne
**Sent:** Tuesday, June 14, 2005 4:17 PM

John-

As we discussed, here are the forms that need to be filed with the court.

Call me with any questions.

Ed

7/11/2005