**SINAPI**
**FORMISANO**
**& COMPANY, LTD.**

ATTORNEYS AT LAW

RICHARD A. SINAPI
V. EDWARD FORMISANO
MICHAEL D. PUSHEE ▲

*Of Counsel*
GREGORY A. MANCINI ▲
LOUISE A. HERMAN ✦▲

▲ also member
▲ Massachusetts Bar
✦ New York Bar

*Exhibit #2*

June 20, 2005

**VIA OVERNIGHT MAIL**
Clerk's Office
United States District Court
for the District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

RE:  **John P. Bohne v. Computer Associates International, Inc.**
     C.A. No. 04-10068WGY

Dear Sir/Madam:

Please find enclosed for filing an Entry of Appearance.

If you have any questions regarding the foregoing, please contact me. Otherwise, I appreciate your assistance with this matter.

Very truly yours,

V. Edward Formisano

VEF/jp
Enclosure
cc:  John P. Bohne
     Brigitte M. Duffy, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*Exhibit #2*

| | |
|---|---|
| JOHN P. BOHNE, <br> Plaintiff, <br><br> v. <br><br> COMPUTER ASSOCIATES <br> INTERNATIONAL, INC., <br> Defendant | : <br> : <br> : <br> :    C.A. No. 04-10068WGY <br> : <br> : <br> : <br> : |

### ENTRY OF APPEARANCE

I hereby give notice of my entry of appearance, pro se. Simultaneous with the filing of this Notice, a Notice of Withdrawal of Appearance by predecessor counsel will be filed.

_____    6/13/05
John P. Bohne, Pro Se
34 Kenmare Way
Rehoboth Beach, Delaware 19971
302-227-6405

### CERTIFICATION

TO:  Brigitte M. Duffy, Esq.
       Seyfarth Shaw
       Two Seaport Lane
       Boston, MA 02210-2028

I hereby certify that a true copy of the within was mailed to the above-named counsel of record on this 20 day of June, 2005.

*John P. Bohne*

[address illegible]

June 17, 2005

Exhibit #2

Mr. V. Edward Formisano, Esq.
Sinapi, Formisano, & Company
100 Midway Place, Suite 1
Cranston, RI 02920-5707

Dear Ed,

I am in receipt of your "Entry of Appearance" form and "Withdrawal of Appearance" form. As well as the email that is attached where you state that you will not seek any fees or expenses..

I have signed and dated the "Entry of Appearance" and I have initialed the other forms.

As you have stated, you will be withdrawing for personal reasons and will not, as a result of this action, seek any fees or expenses incured to date. My acknowledgement of this withdrawel is based on those facts and by signing a copy of this letter, you confirm our understanding.

Sincerely,

John P Bohne

Acknowledged and Agreed

V. Edward Formisano

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*Exhibit #2*

JOHN P. BOHNE,  :
   Plaintiff,  :
               :
v.  :   C.A. No. 04-10068WGY
               :
COMPUTER ASSOCIATES  :
INTERNATIONAL, INC.,  :
   Defendant  :

## ENTRY OF APPEARANCE

I hereby give notice of my entry of appearance, pro se. Simultaneous with the filing of this Notice, a Notice of Withdrawal of Appearance by predecessor counsel will be filed.

_____   6/13/05
John P. Bohne, Pro Se
34 Kenmare Way
Rehoboth Beach, Delaware 19971
302-227-6405

## CERTIFICATION

TO:   Brigitte M. Duffy, Esq.
       Seyfarth Shaw
       Two Seaport Lane
       Boston, MA 02210-2028

I hereby certify that a true copy of the within was mailed to the above-named counsel of record on this ____ day of June, 2005.

_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Exhibit #2

| | |
|---|---|
| JOHN P. BOHNE,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   C.A. No. 04-10068WGY |
| COMPUTER ASSOCIATES<br>INTERNATIONAL, INC.,<br>    Defendant | :<br>:<br>:<br>: |

### WITHDRAWAL OF APPEARANCE

I hereby give notice of the withdrawal of my appearance as attorney for the Plainitff. Simultaneous with the filing of this Notice, a Notice of Entry of Apppearance will be filed by the Plaintiff, pro se.

_____
V. Edward Formisano, Pro Hac Vice
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
(401)944-9690
(401)943-9040 (facsimile)

### CERTIFICATION

TO:   Brigitte M. Duffy, Esq.
      Seyfarth Shaw
      Two Seaport Lane
      Boston, MA 02210-2028

I hereby certify that a true copy of the within was mailed to the above-named counsel of record on this ____ day of June, 2005.

_____
6/17/05

## John P Bohne

**From:** JohnKathy01 [JohnKathy01@comcast.net]
**Sent:** Wednesday, June 15, 2005 8:34 AM
**To:** johnbohne01@comcast.net
**Subject:** FW:



-----Original Message-----
From: V. Edward Formisano [mailto:edf@sfclaw.com]
Sent: Wednesday, June 15, 2005 8:29 AM
To: JohnKathy01@comcast.net
Subject:

John-

This will confirm that I will not seek atty fees or expenses.

Good luck and best wishes--

Ed



6/17/2005