UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BOHNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. NO. 04CV10068WGY |
| | ) |
| COMPUTER ASSOCIATES INTERNATIONAL, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT COMPUTER ASSOCIATES INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendant, Computer Associates International, Inc. ("CA" or "the Company"), respectfully moves for summary judgment on each of the counts asserted in Plaintiff John Bohne's Complaint. As grounds for this motion, CA states that there are no genuine issues of material fact and it is entitled to a judgment as a matter of law. In support of this Motion, CA relies on, and respectfully refers the Court to, the accompanying Memorandum of Law in Support, Statement of Undisputed Material Facts, and Affidavits of Alexander Arato, Jean Schultz, and Jennifer Pilato, and the Exhibits filed herewith.

**REQUEST FOR ORAL ARGUMENT**

CA believes that oral argument would facilitate the decision of this Motion and thereby requests, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.1, that the Court hear this Motion as soon as practicable.

        Respectfully submitted,

        DEFENDANT,
        COMPUTER ASSOCIATES
        INTERNATIONAL, INC.,
        By its attorneys,


        /s/ Brigitte Duffy_____
        Brigitte Duffy (BBO # 565724)
        SEYFARTH SHAW LLP
        World Trade Center East
        Two Seaport Lane, Suite 300
        Boston, MA 02210-2028
        Telephone:   (617) 946-4800
        Telecopier:   (617) 946-4801

Dated: August 1, 2005

## Local Rule 7.1(A)(2) Certification

    I hereby certify that I have attempted in good faith to confer with plaintiff, who is *pro se*, in an attempt to narrow or resolve the issues raised by this motion.

        /s/ Brigitte Duffy_____


CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2005, the foregoing Motion was served upon Plaintiff *pro se,* John Bohne, 34 Kenmare Way, Rehoboth Beach, DE 19971, by forwarding a copy of same via FedExpress, overnight mail, postage prepaid.

        /s/ Brigitte Duffy__