UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BOHNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. NO. 04CV10068WGY |
| | ) |
| COMPUTER ASSOCIATES INTERNATIONAL, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT COMPUTER ASSOCIATES INTERNATIONAL, INC.'S
NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits, or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Documents Filed under Seal Pursuant to Defendant's Motion to Impound Confidential Information - Exhibits 3-6, 8, and 10-16 in Support of Defendant's Motion for Summary Judgment.

2. Appendix of Exhibits in Support of Defendant's Motion for Summary Judgment.

The original documents are maintained in the case file in the Clerk's Office

2

        Respectfully submitted,

        DEFENDANT,
        COMPUTER ASSOCIATES
        INTERNATIONAL, INC.,
        By its attorneys,


        /s/ Brigitte Duffy
        Brigitte Duffy (BBO # 565724)
        SEYFARTH SHAW LLP
        World Trade Center East
        Two Seaport Lane, Suite 300
        Boston, MA 02210-2028
        Telephone:   (617) 946-4800
        Telecopier:   (617) 946-4801

Dated: August 1, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2005, the foregoing Motion was served upon Plaintiff *pro se,* John Bohne, 34 Kenmare Way, Rehoboth Beach, DE 19971, by forwarding a copy of same via FedExpress, overnight mail, postage prepaid.

        /s/ Brigitte Duffy