**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| John P. Bohne,<br>    Plaintiff,<br><br>v.<br><br>Computer Associates<br>International, Inc.,<br>    Defendant. | C.A. No.04CV10068WGY |

## PLAINTIFF'S OBJECTION TO DEFENDANTS MOTION TO IMPOUND INFORMATION AND EXHIBITS

Plaintiff John P. Bohne, hereby objects to the Defendant's, Computer Associates International, Inc. (CA's) request to impound information not clearly marked "Confidential" at the time of its creation and issuance. The plaintiff does not object to the treatment of any document clearly marked "Confidential" at the time of its initial creation and issuance.

As grounds for this objection, the plaintiff states the following:

1. Pricing, Contract Documents, Order Forms and related materials are routinely provided to Customers, Prospects, and the media as a matter of doing business on a day-to-day basis with no clearly marked restrictions.
2. The Contracts, Documents, Order Forms and related information to this action are more than three years old and as such would not materially affect CA's competitive advantage.
3. The Contract Document, Order Form, and Related information for Allmerica Financial Life Insurance Company in fact terminated on March 14, 2005 per the terms of the agreement.

4. The confidentially agreement referenced in this motion is more that thirteen years old. Furthermore, the agreement exhibited was signed some nine years after employment commenced and was never presented to me as a condition of acceptance of employment. This document was not freely signed by me, but, was signed under the threat of punitive action (immediate dismissal) and thus was signed under duress. The signature appearing has the notation circled "UD" for Under Duress and is therefore not valid. See exhibit #1.
5. To impound these documents would not serve the public's right to this information, but, would only serve to protect the Defendant's business practices from the public scrutiny.

Respectfully Submitted

John P. Bohne
34 Kenmare Way
Rehoboth Beach, DE 19971
(302) 227-6405
(302) 448-0993 (mobile)

Dated This Day: 8/2/05

To:

Brigitte M. Duffy, Esq.
Seyfarth Shaw
Two Seaport Lane, Suite 300
Boston, MA 02210

### CERTIFICATION

I herby certify that the foregoing Objection was served upon Defendant's counsel of record above, this day 8/2/05 via United States Postal Service Express Mail.