UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN P. BOHNE,
    Plaintiff,

v.                            C.A. No. 04-10068WGY

COMPUTER ASSOCIATES
INTERNATIONAL, INC.,
    Defendant

## WITHDRAWAL OF APPEARANCE

I hereby give notice of the withdrawal of my appearance as local counsel for the Plaintiff.

Respectfully Submitted,

Dated: August 3, 2005

Louise A. Herman (#548995)
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

## CERTIFICATION

TO:    Brigitte M. Duffy, Esq.    John P. Bohne
        Seyfarth Shaw               34 Kenmare Way
        Two Seaport Lane         Rehoboth Beach, Delaware 19971
        Boston, MA 02210-2028

I hereby certify that a true copy of the within was mailed to the above-named counsel of record and sent by certified mail and first class mail to John P. Bohne on this __3rd__ day of August, 2005.