United States District Court
District of Massachusetts

| | |
|---|---|
| John P. Bohne,<br>        Plaintiff,<br><br>v.<br><br>Computer Associates<br>International, Inc.,<br>        Defendant. | C.A. No.04CV10068WGY |

## PLAINTIFF JOHN BOHNE'S NOTICE OF FILING WITH THE CLERK'S OFFICE

Notice is herby given that documents, exhibits , or attachments listed below have been filed with the Court and are available in paper form only.

"Appendix in Support of the Plaintiff response to Defendant Computer Associates Memorandum in Support of its Motion for Summary Judgment"

Respectfully Submitted

John P. Bohne
34 Kenmare Way
Rehoboth Beach, DE 19971
(302) 227-6405
(302) 448-0993 (mobile)

**Dated This Day:** 8/12/05

1

2

To:

Brigitte M. Duffy, Esq.
Seyfarth Shaw
Two Seaport Lane, Suite 300
Boston, MA 02210

### CERTIFICATION

I herby certify that the foregoing Objection was served upon Defendant's counsel of record above, this day *August 12, 2005* via United States Postal Service Express Mail.