United States District Court
District of Massachusetts

| | |
|---|---|
| John P. Bohne,<br>  Plaintiff,<br><br>v.<br><br>Computer Associates<br>International, Inc.,<br>  Defendant. | C.A. No.04CV10068WGY |

## PLAINTIFF'S OBJECTION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56.1 of the Federal Rules of Civil Procedure, the Plaintiff John Bohne has filed opposition documents, testimony and exhibits that support the Plaintiff's right to a trial. For this reason, the Court should not rule in favor of the Defendant Computer Associates International, Inc. Motion for Summary Judgment.

## REQUEST FOR ORAL ARGUMENT

Oral arguments would favor the Defendant since the Defendant is represented by an experienced Council trained in courtroom procedures and presentations of this type. The Plaintiff, in contrast, is *pro se* and not experienced in this type of presentation. Furthermore, the plaintiff resides in the State of Delaware and an appearance would create some hardship. Should the Court feel there would be a benefit to the oral arguments, the Plaintiff would be available, provided that a reasonable amount of time would be allowed for travel when scheduling this appearance.

Respectfully Submitted

*[signature]*

John P. Bohne
34 Kenmare Way
Rehoboth Beach, DE 19971
(302) 227-6405
(302) 448-0993 (mobile)

**Dated This Day:** 8/12/05

To:

Brigitte M. Duffy, Esq.
Seyfarth Shaw
Two Seaport Lane, Suite 300
Boston, MA 02210

### CERTIFICATION

I herby certify that the foregoing Motion was served upon Defendant's counsel of record above, this day Aug 15, 2005 via United States Postal Service Express Mail.