UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BOHNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. NO. 04CV10068-WGY |
| | ) |
| COMPUTER ASSOCIATES INTERNATIONAL, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO IMPOUND EXHIBITS SUBMITTED BY PLAINTIFF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Computer Associates International, Inc. ("Defendant" or "CA"), hereby moves this Court, pursuant to Local Rule 7.2, to impound confidential, proprietary business information concerning its products, pricing, and sales compensation plan, with respect to the software licensing deal handled by plaintiff John Bohne ("Bohne") that was the basis for CA's decision to terminate Bohne's employment. The information that CA seeks to impound is contained in documents filed by Bohne as Exhibits to his Opposition to CA's Motion for Summary Judgment.

As grounds for this Motion, Defendant states as follows:

1. On August 1, 2005, in connection with its Motion for Summary Judgment, CA moved to impound certain exhibits filed in support of its motion in order to protect its confidential, proprietary information contained in those documents from the public domain because its disclosure could cause CA significant economic harm.

2. On August 3, 2005, Bohne filed his opposition to CA's Motion to Impound and on August 12, 2005, Bohne filed his opposition to CA's Motion for Summary Judgment. Included in his filings opposing summary judgment were 15 Exhibits.

3. Exhibits 1 through 6 to Bohne's Opposition to CA's Motion for Summary Judgment are confidential documents which CA requests this Court impound. Exhibits 1, 2, 5, and 6 are documents that CA designated as "Confidential" pursuant to a Confidentiality Agreement, entered into by CA and Bohne in connection with this litigation. (The Confidentiality Agreement entered into by the parties is attached as Exhibit B to CA's August 1 Motion to Impound.) CA produced those documents subject that Confidentiality Agreement and with the understanding that Bohne would abide by the terms of that agreement. Bohne's conduct in filing these documents without seeking protection from public access to them violates the terms of the parties' Confidentiality Agreement.

4. Exhibits 3 and 4 are documents that Bohne received during his employment with CA. Each has a notice on its cover page which states:

> The document constitutes CA confidential and proprietary information, protected by CA's exclusive copyright and trade secret rights. You may not copy, distribute, disclose or otherwise disseminate the information contained herein without the express permission of CA, which reserves all rights and remedies available to protect against and/or enjoin any such or other unauthorized use of this document.

When CA produced copies of the documents attached to Plaintiff's Opposition as Exhibits 3 and 4 in discovery it designated them as confidential under, and produced them subject to, the parties' Confidentiality Agreement.

5. For the reasons fully set forth in its August 1 Motion to Impound, CA requests that Exhibits 1 though 6 to Plaintiff's Opposition to Summary be impounded.

WHEREFORE, Defendant requests that this Court grant its Motion to Impound Confidential Information and Exhibits in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

        Respectfully submitted,
        COMPUTER ASSOCIATES
        INTERNATIONAL, INC.,

        By its counsel,

        _/s/ Brigitte Duffy_____
        Brigitte M. Duffy
        SEYFARTH SHAW LLP
        World Trade Center East
        Two Seaport Lane
        Suite 300
        Boston, MA 02210-2028
        Phone: (617) 946-4800
        Fax: (617) 946-4801

Dated: August 17, 2005

### Local Rule 7.1(A)(2) Certification

    I hereby certify that I have attempted in good faith to confer with plaintiff, who is *pro se*, in an attempt to narrow or resolve the issues raised by this motion.

        /s/ Brigitte Duffy____

### CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2005, the foregoing Motion was served upon Plaintiff *pro se,* John Bohne, 34 Kenmare Way, Rehoboth Beach, DE 19971, by forwarding a copy of same via FedExpress, overnight mail, postage prepaid.

        /s/ Brigitte Duffy__