UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN BOHNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. NO. 04CV10068WGY |
| ) | |
| COMPUTER ASSOCIATES INTERNATIONAL, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT COMPUTER ASSOCIATES INTERNATIONAL, INC.'S
MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT
OF ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 7 and Local Rule 7.1(B)(3), the Defendant, Computer Associates International, Inc. ("CA" or "the Company"), hereby requests leave to file a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment ("Reply"). In support of this motion, CA states as follows:

1. In his Opposition, Plaintiff appears to assert that he is pursuing claims pursuant to Sarbanes-Oxley and M.G.L. c. 149, § 148. Because the complaint filed in this matter does not assert such claims, CA seeks the opportunity to address their viability.

2. In addition, Plaintiff made several inaccurate and unsupported factual assertions that warrant clarification.

4. CA anticipates that its Reply will assist the Court in determining whether the Company is entitled to summary judgment. Accordingly, Defendant seeks leave to address these and other issues raised in Plaintiff's Opposition.

5.   Should the Court grant this motion, CA proposes to file its Reply with the Court no later than Wednesday August 31, 2005 or on another date convenient to the Court.

## Conclusion

Wherefore, CA respectfully requests that the Court grant it leave to file a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

> Respectfully submitted,
>
> DEFENDANT,
> COMPUTER ASSOCIATES
> INTERNATIONAL, INC.,
> By its attorneys,
>
>
> /s/ Brigitte Duffy_____
> Brigitte Duffy (BBO # 565724)
> SEYFARTH SHAW LLP
> World Trade Center East
> Two Seaport Lane, Suite 300
> Boston, MA 02210-2028
> Telephone:   (617) 946-4800
> Telecopier:   (617) 946-4801

Dated: August 23, 2005

## Local Rule 7.1(A)(2) Certification

I hereby certify that I have attempted in good faith to confer with plaintiff, who is *pro se*, in an attempt to narrow or resolve the issues raised by this motion.

> /s/ Brigitte Duffy_____

### CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2005, the foregoing Motion was served upon Plaintiff *pro se,* John Bohne, 34 Kenmare Way, Rehoboth Beach, DE 19971, by forwarding a copy of same via electronic and first class mail, postage prepaid.

> /s/ Brigitte Duffy__