**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| John P. Bohne,<br>    Plaintiff,<br><br>v.<br><br>Computer Associates<br>International, Inc.,<br>    Defendant. | )<br>)<br>)<br>)    C.A. No.04CV10068WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF JOHN P. BOHNE'S REPLY TO DEFENDANT'S LEAVE TO FILE REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.1 (B)(3) The Plaintiff, John P. Bohne requests that the Court consider the following which was also provided to the Defendant via electronic mail based on the Defendant's electronic mail message to the Plaintiff requesting the right to reply.

Should the Court grant the leave, the Plaintiff requests that the reply from the Defendant be limited to a presentation of facts that support changes to the information in the aforementioned Motion as related to the Plaintiff's filings. The information should be presented with documents to support

those changes. No new affidavits, testimony or information not currently stated in the Motion should be introduced here.

### Conclusion

The Plaintiff sees no purpose to introduce any additional testimony, information or affidavits not currently stated in the Defendant's Motion. These would simply require responses from the Plaintiff.

Respectfully Submitted

John P. Bohne
34 Kenmare Way
Rehoboth Beach, DE 19971
(302) 227-6405
(302) 448-0993 (mobile)

Dated This Day: 8/23/05

To:

Brigitte M. Duffy, Esq.
Seyfarth Shaw
Two Seaport Lane, Suite 300
Boston, MA 02210

### CERTIFICATION

I herby certify that the foregoing Reply was served upon Defendant's counsel of record above, this day August 23, 2005 via United States Postal Service Express Mail.

2