## United States District Court
## District of Massachusetts

| | | |
|---|---|---|
| John P. Bohne,<br>              Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | C.A. No.04CV10068WGY |
| Computer Associates<br>International, Inc.,<br>              Defendant. | )<br>)<br>)<br>)<br>) | |

### PLAINTIFF JOHN P. BOHNE'S MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 7.1(B)(3), the Plaintiff, John Bohne, hereby requests leave to file a Reply to the Defendants Memorandum in support of its motion for summary judgment.

1.     There are numerous allegations and conclusions drawn by the defendant that are totally unsupported by any document or evidence and these should be challanged.

2.     Statements such as "clear and unambiguous" should be examined as to applicability for the Allmerica Deal.

3.     As was evident in the Plaintiff's original Motion, there are "misquotes" and "misinformation" throughout this document that should be corrected to offer the Court a comprehensive view of the facts.

1

## Conclusion

The Plaintiff will respond to the Defendant's Memorandum and where, applicable, produce documentary proof of the corrections to the "facts". The Plaintiff will submit the reply no later than September 12th , 2005 or other date as required by the Court.

Respectfully Submitted

John P. Bohne
34 Kenmare Way
Rehoboth Beach, DE 19971
(302) 227-6405
(302) 448-0993 (mobile)

**Dated This Day:** Sept 1, 2005

**To:**

Brigitte M. Duffy, Esq.
Seyfarth Shaw
Two Seaport Lane, Suite 300
Boston, MA 02210

### *CERTIFICATION*

I herby certify that the foregoing Reply was served upon Defendant's counsel of record above, this day Sept, 1, 2005 via United States Postal Service Express Mail.