# ATTACHMENT A

**John P Bohne**

**From:** JohnKathy01 [JohnKathy01@comcast.net]
**Sent:** Thursday, September 01, 2005 2:45 PM
**To:** johnbohne01@comcast.net
**Subject:** Emailing: implied_covenant_of_good_faith_and_fair_dealing



## The concise Law Encyclopedia

A free community resource

### implied covenant of good faith and fair dealing

n. a general assumption of the law of contracts, that people will act in good faith and deal fairly without breaking their word, using shifty means to avoid obligations or denying what the other party obviously understood. A lawsuit (or one of the causes of action in a lawsuit) based on the breach of this covenant is often brought when the other party has been claiming technical excuses for breaching the contract or using the specific words of the contract to refuse to perform when the surrounding circumstances or apparent understanding of the parties were to the contrary. Example: an employer fires a long-time employee without cause and says it can fire at whim because the employment contract states the employment is "at will." However, the employee was encouraged to join the company on the basis of retirement plans and other conduct which led him/her to believe the job was permanent barring misconduct or financial downturn. Thus, there could be a breach of the implied covenant, since the surrounding circumstances implied that there would be career-long employment.

**Selected implied covenant of good faith and fair dealing links:**

© 2004 TheLawEncyclopedia.com. If you have comments or additions that you wish to make, please email us. If you found this site useful, feel free to tell others about us. TheLawEncyclopedia.com is a purely informational website and should not be used as a substitute for professional legal, medical or technical advice.

## John Bohne

**From:** Bohne, John
**Sent:** Monday, March 04, 2002 11:37 AM
**To:** Pilato, Jennifer
**Subject:** Allmerica Financial Directions

**Importance:** High

**Follow Up Flag:** Follow up
**Due By:** Tuesday, March 05, 2002 7:00 PM
**Flag Status:** Flagged

Jennifer,

Here is the matrix for Allmerica. As you can see, they have mostly CPU based Licenses and want to move to MIPS based but they have some licenses that would have financial commitments beyond the 3 years.



Allmerica BAU as of
3-4-2002.x...

Please understand that the products that are listed would be affected by the consolidation to a larger machine and cannot be excluded from a new MIPS based license.

Any ideas?????

Thanks...

**John P. Bohne**
Computer Associates
Sales Executive
OS/390 Sales

Phone:+ 1 508 628 8036
Fax: +1 508 628 8715
Mobile: + 1 978 764 2702
john.bohne@cai.com

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| Pilato, Jennifer | Delivered: 3/4/2002 11:38 AM | Read: 3/4/2002 4:29 PM |

1

# ATTACHMENT C

## Allmerica Financial

| Product Code | Product Name | Price Type | BASE | Pay Option | Price | UMF | IBM 9672-R56 S/N 47714 | IBM 9672-R54 S/N 43960 | IBM 9672-R35 S/N 48926 | IBM 9672-R25 S/N47710 | IBM 9672-X37 S/N68153 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AIONHO00200 | AION HPO/MVS | CPU | 40 | G1 | 45,650.00 | 8,217.00 | x | x | | | |
| AIOND200200 | AIONDS DATABASE I/F - DB2/MVS | CPU | 40 | G1 | 43,000.00 | 7,740.00 | x | x | | | |
| AIODSC00200 | AIONDS/CICS | CPU | 40 | G1 | 43,000.00 | 7,740.00 | x | x | | | |
| AIOESC00200 | AIONES/CICS | CPU | 40 | G1 | 43,000.00 | 7,740.00 | x | x | | | |
| AIONCS00200 | AION FOR OS390/CICS | CPU | 40 | G1 | 32,520.00 | 5,853.60 | | | | | |
| OSDPLW00200 | DADS/PLUS | CPU | 40 | G1 | 15,090.00 | 3,018.00 | | x | | | |
| EZTR..00200 | EASYTRIEVE PLUS | SITE | 40 | G1 | 59,810.00 | 10,765.80 | | x | | | |
| EZKEYT00200 | EZ/KEY TSO | CPU | 40 | G1 | 23,450.00 | 4,221.00 | | x | | | |
| PVLA2.00200 | OPS/MVS II JES2 | CPU | 40 | G1 | 45,750.00 | 6,862.50 | | x | x | | |
| PVLAMS00200 | OPS/MVS II MULTI-SYSTEM FAC | CPU | 40 | G1 | 7,340.00 | 1,101.00 | | x | x | | |
| PVALET00200 | PANVALET | SITE | 40 | G1 | 42,630.00 | 7,673.40 | | x | x | | |
| PV\ISPF00200 | PANVALET ISPF | SITE | 40 | G1 | 25,580.00 | 4,604.40 | | x | x | | |
| PFTSO.00200 | PANVALET TSO | CPU | 40 | G1 | 9,950.00 | 1,791.00 | | x | x | | |
| SYSVWE00200 | SYSVIEW/E | CPU | 40 | G1 | 42,560.00 | 7,660.80 | | x | x | | x |
| ENDVEP00200 | ENDEVOR OS390 EXTENDED PROC | CPU | 40 | G1 | 31,490.00 | 4,093.70 | | x | x | | x |
| ENDVES00200 | ENDEVOR OS390 EXTRNL SCRTY INT | CPU | 40 | G1 | 6,170.00 | 802.10 | | x | x | | x |
| ENDV2A00200 | ENDEVOR OS390 FOR DB2 | CPU | 40 | G1 | 41,600.00 | 5,408.00 | | x | x | | x |
| ENDVDM00200 | ENDEVOR OS390 PARALLEL DEV MGR | CPU | 40 | G1 | 30,768.00 | 3,999.84 | | x | x | | |
| ENDVQE00200 | ENDEVOR OS390 QUICK-EDIT | CPU | 40 | G1 | 22,980.00 | 2,987.40 | | x | x | | |
| ENDV..00200 | ENDEVOR FOR OS/390 | CPU | 40 | G1 | 58,410.00 | 7,593.30 | | x | x | | |
| OSINTI00200 | INTERTEST FOR CICS-W/PLI OPT | CPU | 40 | G1 | 63,710.00 | 12,742.00 | | x | x | | |
| SLNMAS00200 | NETWORKIT NETMASTER-SNA | CPU | 40 | G1 | 65,400.00 | 13,080.00 | | | | | |
| SLNMTC00200 | NETWORKIT NETMASTER-TCP/IP | CPU | 40 | G1 | 47,200.00 | 9,440.00 | | | | | |

# Proposal Summary

**Proposal Name:**
**Client:** Allmerica
**Site Id:**
**Create Date** 1/29/2002

| Product Code | Product Name | License Type | Hardware/Distributed Instance Based | Grp/# OF Instances | MIPS | Operating System | Pay Option | List Price | UMF for Largest Machine |
|---|---|---|---|---|---|---|---|---|---|
| EZTR.00200 | EASYTRIEVE PLUS | CPU | Any | 40 | | MVS | 01 | $59,810.00 | $45,216.36 |
| PVALET00200 | PANVALET | CPU | Any | 40 | | MVS | 01 | $42,630.00 | $32,228.28 |
| PVISPF00200 | PANVALET ISPF | CPU | Any | 40 | | MVS | 01 | $25,580.00 | $19,338.48 |
| PFTSO.00200 | PANVALET TSO | CPU | Any | 40 | | MVS | 01 | $9,950.00 | $7,522.20 |
| | | | | | | | | | $104,305.32 |

Notes: For Site Licensed Products, the UMF (Maintenance) is calculated on the largest CPU on the floor

# Proposal Summary

**Proposal Name:**
**Client:** Allmerica
**Site Id:**
**Create Date** 1/29/2002

| Product Code | Product Name | License Type | Hardware/Distributed Instance Based | Grp/# Of Instances | MIPS | Operating System | Pay Option | List Price | UMF |
|---|---|---|---|---|---|---|---|---|---|
| OSDPLW00200 | DADS/PLUS | CPU | IBM-9672-R25 | 50 | 115 | MVS | 01 | $18,108.00 | $3,621.60 |
| PVLA200200 | OPS/MVS II JES2 | CPU | IBM-9672-R25 | 50 | 115 | MVS | 01 | $54,900.00 | $8,235.00 |
| PVLAMS00200 | OPS/MVS II MULTI-SYSTEM FAC | CPU | IBM-9672-R25 | 50 | 115 | MVS | 01 | $8,808.00 | $1,321.20 |
| SYSVWE00200 | SYSVIEW/E | CPU | IBM-9672-R25 | 50 | 115 | MVS | 01 | $51,072.00 | $9,192.96 |

## Contract Licenses

| Product Code | Product Name | License Type | Hardware/Distributed Instance Based | Grp/# Of Instances | MIPS | Operating System | Pay Option | List Price | UMF |
|---|---|---|---|---|---|---|---|---|---|
| ENDVEP00200 | ENDEVOR OS390 EXTENDED PRO | CPU | IBM-9672-R25 | 50 | 115 | MVS | 01 | $37,768.00 | $4,912.44 |
| ENDVES00200 | ENDEVOR OS390 EXTRNL SCRTY | CPU | IBM-9672-R25 | 50 | 115 | MVS | 01 | $7,404.00 | $962.52 |
| ENDV2A00200 | ENDEVOR OS390 FOR DB2 | CPU | IBM-9672-R25 | 50 | 115 | MVS | 01 | $49,920.00 | $6,489.60 |
| ENDVDM00200 | ENDEVOR OS390 PARALLEL DEV I | CPU | IBM-9672-R25 | 50 | 115 | MVS | 01 | $30,768.00 | $3,999.84 |
| ENDVQE00200 | ENDEVOR OS390 QUICK-EDIT | CPU | IBM-9672-R25 | 50 | 115 | MVS | 01 | $22,980.00 | $2,987.40 |
| ENDV..00200 | ENDEVOR FOR OS/390 | CPU | IBM-9672-R25 | 50 | 115 | MVS | 01 | $70,092.00 | $9,111.96 |
| OSINTI00200 | INTERTEST FOR CICS-W/PLI OPT | CPU | IBM-9672-R25 | 50 | 115 | MVS | 01 | $76,452.00 | $15,290.40 |
| | | | | | | | | | $66,124.92 |

# Proposal Summary

**Proposal Name:**
**Client:** Allmerica
**Site Id:**
**Create Date** 1/29/2002

Contract

| Product Code | Product Name | License Type | Hardware/Distributed Instance Based | Grp/# OF Instances | MIPS | Operating System | Pay Optio | List Price | UMF |
|---|---|---|---|---|---|---|---|---|---|
| ENDV..00200 | ENDEVOR FOR OS/390 | CPU | IBM-9672-R35 | 60 | 162 | MVS | O1 | $81,774.00 | $10,630.62 |
| ENDVCM00200 | ENDEVOR OS390 AUTOM CONFIG MGR | CPU | IBM-9672-R35 | 60 | 162 | MVS | O1 | $26,810.00 | $3,485.30 |
| ENDVEP00200 | ENDEVOR OS390 EXTENDED PROC | CPU | IBM-9672-R35 | 60 | 162 | MVS | O1 | $44,086.00 | $5,731.18 |
| ENDVES00200 | ENDEVOR OS390 EXTRNL SCRTY INT | CPU | IBM-9672-R35 | 60 | 162 | MVS | O1 | $8,638.00 | $1,122.94 |
| ENDV2A00200 | ENDEVOR OS390 FOR DB2 | CPU | IBM-9672-R35 | 60 | 162 | MVS | O1 | $58,240.00 | $7,571.20 |
| ENDVQE00200 | ENDEVOR OS390 QUICK-EDIT | CPU | IBM-9672-R35 | 60 | 162 | MVS | O1 | $26,810.00 | $3,485.30 |
| OSINTI00200 | INTERTEST FOR CICS-W/PLI OPT | CPU | IBM-9672-R35 | 60 | 162 | MVS | O1 | $89,194.00 | $11,595.22 |

**Maintenance**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SLNMAS00200 | NETWORKIT NETMASTER-SNA | CPU | IBM-9672-R35 | 60 | 162 | MVS | O1 | $91,560.00 | $18,312.00 |

**Contract Licenses**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AIONES00200 | AION MVS | CPU | IBM-9672-R35 | 60 | 162 | MVS | O1 | $86,590.00 | $15,586.20 |
| AIOESC00200 | AION CICS | CPU | IBM-9672-R35 | 60 | 162 | MVS | O1 | $60,200.00 | $10,836.00 |
| AIODS200200 | AION DATABASE INTERFACE | CPU | IBM-9672-R35 | 60 | 162 | MVS | O1 | $60,200.00 | $10,836.00 |
| AIONCS00200 | AION FOR OS/390 CICS | CPU | IBM-9672-R35 | 60 | 162 | MVS | O1 | $45,528.00 | $8,195.04 |
| AIONHO00200 | AION HPO MVS | CPU | IBM-9672-R35 | 60 | 162 | MVS | O1 | $63,910.00 | $11,503.80 |
| | | | | | | | | | $118,890.80 |

# Proposal Summary

**Proposal Name:** Allmerica
**Client:**
**Site Id:**
**Create Date** 1/29/2002

| Product Code | Product Name | License Type | Hardware/Distributed Instance Based | Grp/# OF Instances | MIPS | Operating System | Pay Option | List Price | UMF |
|---|---|---|---|---|---|---|---|---|---|
| OSDPLW00200 | DADS/PLUS | CPU | IBM-9672-R56 | 110 | 550 | MVS | O1 | $ 70,923.00 | $14,184.60 |
| EZKEYT00200 | EZ/KEY TSO | CPU | IBM-9672-R56 | 110 | 550 | MVS | O1 | $ 110,215.00 | $19,838.70 |
| PVLA2.00200 | OPS/MVS II JES2 | CPU | IBM-9672-R56 | 110 | 550 | MVS | O1 | $ 215,025.00 | $32,253.75 |
| PVLAMS00200 | OPS/MVS II MULTI-SYSTE | CPU | IBM-9672-R56 | 110 | 550 | MVS | O1 | $ 34,498.00 | $5,174.70 |
| SYSVWE00200 | SYSVIEW/E | CPU | IBM-9672-R56 | 110 | 550 | MVS | O1 | $ 200,032.00 | $36,005.76 |
| AIONES00200 | AION MVS | CPU | IBM-9672-R56 | 110 | 550 | MVS | O1 | $ 259,770.00 | $46,758.60 |
| AIOESC00200 | AION CICS | CPU | IBM-9672-R56 | 110 | 550 | MVS | O1 | $ 180,600.00 | $32,508.00 |
| AIODS200200 | AION DATABASE INTERFA | CPU | IBM-9672-R56 | 110 | 550 | MVS | O1 | $ 180,600.00 | $32,508.00 |
| AIONCS00200 | AION FOR OS/390 CICS | CPU | IBM-9672-R56 | 110 | 550 | MVS | O1 | $ 136,584.00 | $24,585.12 |
| AIONHO00200 | AION HPO MVS | CPU | IBM-9672-R56 | 110 | 550 | MVS | O1 | $ 191,730.00 | $34,511.40 |
| | | | | | | | | | $278,328.63 |

## Proposal Summary

**Proposal Name:** Allmerica
**Client:**
**Site Id:**
**Create Date:** 1/29/2002

| Product Code | Product Name | License Type | Hardware/Distributed Instance Based | Grp/ # Of Instances | MIPS | Operating System | Pay Option | List Price | UMF |
|---|---|---|---|---|---|---|---|---|---|
| SLNMTC00200 | NETWORKIT NETMASTER-TCP/IP | CPU | IBM-9672-X37 | 110 | 480 | MVS | O1 | $195,408.00 | $39,081.60 |
| PVLA2.00200 | OPS/MVS II JES2 | CPU | IBM-9672-X37 | 110 | 480 | MVS | O1 | $189,405.00 | $28,410.75 |
| PVLAMS00200 | OPS/MVS II MULTI-SYSTEM FAC | CPU | IBM-9672-X37 | 110 | 480 | MVS | O1 | $30,387.60 | $4,558.14 |
| | | | | | | | | | $72,050.49 |

## Allmerica Financial

| Product Code | Product Name | Price Type | BASE | Pay Option | Price | UMF | IBM 9672-R56 S/N 47714 | IBM 9672-R35 S/N 48926 | IBM 9672-R25 S/N 47710 | IBM 9672-X37 S/N 68153 | Number of Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | MIPS Capacity | 550 | 162 | 115 | 480 | |
| | | | | | | Tier/MIPS factor | 4.7 | 1.4 | 1.2 | 4.14 | |
| AIONHO00200 | AION HPO/MVS | CPU | 40 | G1 | 45,650.00 | 8,217.00 | $ 94,024 | N/C | N/C | N/C | |
| AIOND200200 | AIONDS DATABASE I/F - DB2/MVS | CPU | 40 | G1 | 43,000.00 | 7,740.00 | N/C | N/C | N/C | N/C | |
| AIODSC00200 | AIONDS/CICS | CPU | 40 | G1 | 43,000.00 | 7,740.00 | N/C | N/C | N/C | N/C | |
| AIOESC00200 | AIONES/CICS | CPU | 40 | G1 | 43,000.00 | 7,740.00 | N/C | N/C | N/C | N/C | |
| AIONCS00200 | AION FOR OS390/CICS | CPU | 40 | G1 | 32,520.00 | 5,853.60 | N/C | N/C | N/C | N/C | |
| OSDPLW00200 | DADS/PLUS | CPU | 40 | G1 | 15,090.00 | 3,018.00 | $ 14,185 | $ 2,535 | $ 2,173 | | |
| EZTR..00200 | EASYTRIEVE PLUS | SITE | 40 | G1 | 59,810.00 | 10,765.80 | $ 50,599 | N/C | | | |
| EZKEYT00200 | EZKEY TSO | CPU | 40 | G1 | 23,450.00 | 4,221.00 | | | | | |
| PVLA2.00200 | OPS/MVS II JES2 | CPU | 40 | G1 | 45,750.00 | 8,862.50 | $ 32,254 | $ 5,909 | $ 4,941 | $ 17,046 | |
| PVLAMS00200 | OPS/MVS II MULTI-SYSTEM FAC | CPU | 40 | G1 | 7,340.00 | 1,101.00 | $ 5,175 | $ 925 | 793 | $ 2,735 | |
| PVALET00200 | PANVALET | SITE | 40 | G1 | 42,630.00 | 7,673.40 | 36,065 | N/C | X | | |
| PVISPF00200 | PANVALET ISPF | SITE | 40 | G1 | 25,580.00 | 4,604.40 | 21,641 | N/C | X | | |
| PFTSO.00200 | PANVALET TSO | SITE | 40 | G1 | 9,950.00 | 1,791.00 | 8,418 | N/C | X | | |
| SYSVWE00200 | SYSVIEW/E | CPU | 40 | G1 | 42,560.00 | 7,660.80 | $ 36,006 | $ 6,435 | N/C | | |
| ENDVEP00200 | ENDEVOR OS390 EXTENDED PROC | CPU | 40 | G1 | 31,490.00 | 4,093.70 | | $ 189,987 | N/C | | 4 |
| ENDVES00200 | ENDEVOR OS390 EXTRNL SCRTY INT | CPU | 40 | G1 | 6,170.00 | 802.10 | | | N/C | | |
| ENDV2A00200 | ENDEVOR OS390 FOR DB2 | CPU | 40 | G1 | 41,600.00 | 5,408.00 | | | N/C | | |
| ENDVDM00200 | ENDEVOR OS390 PARALLEL DEV MGR | CPU | 40 | G1 | 30,768.00 | 3,999.84 | | | N/C | | |
| ENDVQE00200 | ENDEVOR OS390 QUICK-EDIT | CPU | 40 | G1 | 22,980.00 | 2,987.40 | | | N/C | | |
| ENDV..00200 | ENDEVOR FOR OS/390 | CPU | 40 | G1 | 58,410.00 | 7,593.30 | | $ 11,725 | N/C | | 4 |
| OSINTI00200 | INTERTEST FOR CICS-W/PLI OPT | CPU | 40 | G1 | 63,710.00 | 12,742.00 | | $ 18,312 | $ 6,040 | | |
| SLNMAS00200 | NETWORKIT NETMASTER-SNA | CPU | 40 | G1 | 65,400.00 | 13,080.00 | | | | | |
| SLNMTC00200 | NETWORKIT NETMASTER-TCP/IP | CPU | 40 | G1 | 47,200.00 | 9,440.00 | | | | $ 19,500 | 2 |
| | | | | | | | $ 298,365 | $ 239,058 | $ 13,947 | $ 39,281 | |

**Total Annual Recurring CA obligations**   $ 590,651

Remaining $$   1,307

## MIPS Based List Price Calculations

| Product Code | Product Name | Price Type | BASE | Pay Option | Price | UMF | Cost per MIPS Calculation | UMF per MIPS |
|---|---|---|---|---|---|---|---|---|
| AIONHO00200 | AION HPO/MVS | CPU | 40 | G1 | 45,650.00 | 8,217.00 | $ 438.24 | $ 78.88 |
| AIOND200200 | AIONDS DATABASE I/F - DB2/MVS | CPU | 40 | G1 | 43,000.00 | 7,740.00 | $ 412.80 | $ 74.30 |
| AIODSC00200 | AIONDS/CICS | CPU | 40 | G1 | 43,000.00 | 7,740.00 | $ 412.80 | $ 74.30 |
| AIOESC00200 | AIONES/CICS | CPU | 40 | G1 | 43,000.00 | 7,740.00 | $ 412.80 | $ 74.30 |
| AIONCS00200 | AION FOR OS390/CICS | CPU | 40 | G1 | 32,520.00 | 5,853.60 | $ 312.19 | $ 56.19 |
| OSDPLW00200 | DADS/PLUS | CPU | 40 | G1 | 15,090.00 | 3,018.00 | $ 144.86 | $ 28.97 |
| EZTR..00200 | EASYTRIEVE PLUS | SITE | 40 | G1 | 23,450.00 | 10,765.80 | $ — | $ 103.35 |
| EZKEYT00200 | EZ/KEY TSO | CPU | 40 | G1 | 45,750.00 | 4,221.00 | $ 225.12 | $ 40.52 |
| PVLA2.00200 | OPS/MVS II JES2 | CPU | 40 | G1 | 7,340.00 | 6,862.50 | $ 439.20 | $ 65.88 |
| PVLAMS00200 | OPS/MVS II MULTI-SYSTEM FAC | CPU | 40 | G1 | 42,630.00 | 1,101.00 | $ 70.46 | $ 10.57 |
| PVALET00200 | PANVALET | SITE | 40 | G1 |  | 7,673.40 | $ 409.25 | $ 73.66 |
| PV/ISPF00200 | PANVALET ISPF | SITE | 40 | G1 |  | 4,604.40 | $ — | $ 44.20 |
| PFTSO..00200 | PANVALET TSO | SITE | 40 | G1 |  | 1,791.00 | $ — | $ 17.19 |
| SYSVWE00200 | SYSVIEW/E | CPU | 40 | G1 | 42,560.00 | 7,660.80 | $ 408.58 | $ 73.54 |
| ENDVEP00200 | ENDEVOR OS390 EXTENDED PROC | CPU | 40 | G1 | 31,490.00 | 4,093.70 | $ 302.30 | $ 39.30 |
| ENDVES00200 | ENDEVOR OS390 EXTRNL SCRTY INT | CPU | 40 | G1 | 6,170.00 | 802.10 | $ 59.23 | $ 7.70 |
| ENDV2A00200 | ENDEVOR OS390 FOR DB2 | CPU | 40 | G1 | 41,600.00 | 5,408.00 | $ 399.36 | $ 51.92 |
| ENDVDM00200 | ENDEVOR OS390 PARALLEL DEV MGR | CPU | 40 | G1 | 30,768.00 | 3,999.84 | $ 295.37 | $ 38.40 |
| ENDVQE00200 | ENDEVOR OS390 QUICK-EDIT | CPU | 40 | G1 | 22,980.00 | 2,987.40 | $ 220.61 | $ 28.68 |
| ENDV..00200 | ENDEVOR FOR OS/390 | CPU | 40 | G1 | 58,410.00 | 7,593.30 | $ 560.74 | $ 72.90 |
| OSINTI00200 | INTERTEST FOR CICS-W/PLI OPT | CPU | 40 | G1 | 63,710.00 | 12,742.00 | $ 611.62 | $ 122.32 |
| SLNMAS00200 | NETWORKIT NETMASTER-SNA | CPU | 40 | G1 | 65,400.00 | 13,080.00 | $ 627.84 | $ 125.57 |
| SLNMTC00200 | NETWORKIT NETMASTER-TCP/IP | CPU | 40 | G1 | 47,200.00 | 9,440.00 | $ 453.12 | $ 90.62 |
|  |  |  |  |  | 751,718.00 | 145,134.84 | $ 7,216.49 | $ 1,393.29 |

CPU based Calculations  $ 1,140.58

# Allmerica Financial

| Product Code | Product Name | Price Type | BASE Pay Option | Price | UMF | IBM 9672-R56 S/N 47714 | IBM 9672-R35 S/N 48926 | IBM 9672-R25 S/N N47710 | IBM 9672-X37 S/N 68153 | Remaining $$ |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MIPS Capacity | 550 | 162 | 115 | 480 | 1,307 |
| | | | | | Tier/MIPS factor | 4.7 | 1.4 | 1.2 | 4.14 | |
| AIONHO00200 | AION HPO/MVS | CPU | 40 G1 | 45,650.00 | 8,217.00 | $ 84,024 | $ N/C | $ 42,728 | $ 147,413 | |
| AIOND200200 | AIONDS DATABASE I/F - DB2/MVS | CPU | 40 G1 | 43,000.00 | 7,740.00 | N/C | N/C | 40,248 | 138,856 | |
| AIONDSC00200 | AIONDS/CICS | CPU | 40 G1 | 43,000.00 | 7,740.00 | N/C | N/C | 40,248 | 138,856 | |
| AIOESC00200 | AIOESC/CICS | CPU | 40 G1 | 43,000.00 | 7,740.00 | N/C | N/C | 40,248 | 138,856 | |
| AIONES00200 | AIONES/CICS | CPU | 40 G1 | 32,520.00 | 5,853.60 | N/C | N/C | 30,439 | 105,014 | |
| AIONCS00200 | AION FOR OS/360/CICS | CPU | 40 G1 | 15,090.00 | 3,018.00 | N/C | N/C | 2,173 | 48,729 | |
| OSDPLW00200 | DADSPLUS | SITE | 40 G1 | 59,810.00 | 10,765.80 | 14,185 | 2,535 | | | |
| EZTR..00200 | EASYTRIEVE PLUS | CPU | 40 G1 | 23,450.00 | 4,221.00 | 50,598 | N/C | N/C | | |
| EZKEYT00200 | EZKEY TSO | CPU | 40 G1 | 45,750.00 | 8,862.50 | 32,254 | 5,909 | 4,941 | 17,046 | |
| PVLA2.00200 | OPS/MVS II JES2 | CPU | 40 G1 | 7,340.00 | 1,101.00 | 5,175 | 5,765 | 793 | 2,735 | |
| PVLAMS00200 | OPS/MVS II MULTI-SYSTEM FAC | CPU | 40 G1 | 42,630.00 | 7,873.40 | 36,065 | 925 | N/C | | |
| PVALET00200 | PANVALET | SITE | 40 G1 | 25,580.00 | 4,604.40 | 21,941 | N/C | N/C | | |
| PVISPF00200 | PANVALET ISPF | SITE | 40 G1 | 9,850.00 | 1,781.00 | 8,418 | N/C | N/C | | |
| PFTSO.00200 | PANVALET TSO | CPU | 40 G1 | 42,500.00 | 7,660.80 | 36,005 | 6,435 | N/C | 137,435 | |
| SYSVIEW00200 | SYSVIEWE | CPU | 40 G1 | 31,490.00 | 4,083.70 | 115,442 | 189,867 | N/C | 101,888 | |
| ENDVEP00200 | ENDEVOR OS/390 EXTENDED PROC | CPU | 40 G1 | 9,170.00 | 802.10 | 22,619 | N/C | N/C | 19,924 | |
| ENDVES00200 | ENDEVOR OS/390 EXTRNL SCRTY INT | CPU | 40 G1 | 41,800.00 | 5,406.00 | 152,606 | N/C | N/C | 134,335 | |
| ENDV2A00200 | ENDEVOR OS/390 FOR DB2 | CPU | 40 G1 | 30,768.00 | 3,999.84 | 112,795 | N/C | N/C | 99,356 | |
| ENDVDM00200 | ENDEVOR OS/390 PARALLEL DEV MGR | CPU | 40 G1 | 22,960.00 | 2,987.40 | 84,246 | N/C | N/C | 74,207 | |
| ENDVQE00200 | ENDEVOR OS/390 QUICK-EDIT | CPU | 40 G1 | 56,410.00 | 7,583.30 | 214,131 | N/C | N/C | 188,618 | |
| ENDV..00200 | ENDEVOR FOR OS/390 | CPU | 40 G1 | 63,710.00 | 12,742.00 | 233,561 | 11,725 | 8,040 | 205,732 | |
| OSINTI00200 | INTERTEST FOR CICS-W/PLI OPT | CPU | 40 G1 | 65,400.00 | 13,080.00 | 239,758 | 18,312 | | 211,180 | |
| SUNMAS00200 | NETWORKIT NETMASTER-SNA | CPU | 40 G1 | 47,200.00 | 8,440.00 | 173,035 | 51,542 | 44,179 | 19,500 | |
| SUNMTC00200 | NETWORKIT NETMASTER-TCP/IP | CPU | 40 G1 | | | | | | | |
| | | | | | | **$ 1,646,456** | **$ 290,600** | **$ 252,037** | **$ 1,211,765** | **$ 3,400,859** |

This would be the cost to License all of the products on all of the existing hardware at the site. Normally this would be the starting point for a MIPS deal.