

| | |
|---|---|
| Writer's direct phone<br>(617) 946-4808<br>Writer's e-mail<br>bduffy@seyfarth.com | World Trade Center East<br>Two Seaport Lane<br>Suite 300<br>Boston, MA 02210-2028<br>617-946-4800<br>fax 617-946-4801<br>www.seyfarth.com |

October 13, 2005

**VIA FIRST CLASS MAIL**

Hon. William Young
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

   *Re:* *Bohne v. Computer Associates International, Inc., Civil Action No.*

Dear Judge Young:

  This firm represents defendant Computer Associates International, Inc., in the above-referenced matter. This case was put over from the Court's October trial calendar to its November trial calendar. As suggested by Marie Bell, we submit this letter to notify the Court that counsel has long scheduled vacation plans for November 8 through November 13, 2005 and, accordingly, we request that this case not be called for trial during the weeks of November 7 or 14.

            Respectfully submitted,

            SEYFARTH SHAW LLP

            Brigitte Duffy

cc:  John Bohne

BO1 15741277.1