UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
JOHN BOHNE,                         )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )   CIVIL ACTION
                                    )   NO. 04-10068-WGY
COMPUTER ASSOCIATES                 )
INTERNATIONAL INC.,                 )
                                    )
        Defendant.                  )
_____)
```

ORDER

YOUNG, C.J.                                              October 18, 2005

　　On October 5, 2005, this Court heard oral argument on Computer Associates International Inc.'s ("Computer Associates") Motion for Summary Judgment. Following oral argument, the motion was DENIED IN PART and ALLOWED IN PART. The motion was ALLOWED as to Counts III and V and DENIED as to Count IV. This Court took the matter under advisement as to Counts I and II.

　　Computer Associates' Motion for Summary Judgment [Docket No. 27] is now ALLOWED as to Counts I and II.

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM G. YOUNG
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF JUDGE