UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN P. BOHNE,<br>　　　　Plaintiff,<br>v.<br>COMPUTER ASSOCIATES<br>INTERNATIONAL, INC.,<br>　　　　Defendant. | )<br>)<br>)<br>)　　C.A. No. 04CV10068WGY<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

    Kindly enter the appearance of Jennifer A. Serafyn of Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, MA 02110, as counsel for the Defendant in connection with the above-captioned action.

                                          Respectfully submitted,

                                          DEFENDANT,
                                          COMPUTER ASSOCIATES
                                          INTERNATIONAL, INC.,
                                          By its Attorneys,

                                          __/s/ Jennifer A. Serafyn_____
                                          Brigitte Duffy (BBO# 565724)
                                          bduffy@seyfarth.com
                                          Jennifer A. Serafyn (BBO# 653739)
                                          jserafyn@seyfarth.com
                                          SEYFARTH SHAW LLP
                                          World Trade Center East
                                          Two Seaport Lane, Suite 300
DATED: October 27, 2005                Boston, MA 02210-2028
                                          Telephone:    (617) 946-4800
                                          Telecopier:    (617) 946-4801