UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN P. BOHNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. NO.  04CV10068WGY |
| | ) |
| COMPUTER ASSOCIATES INTERNATIONAL, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT COMPUTER ASSOCIATES INTERNATIONAL, INC.'S MOTION LIMINE

Defendant, Computer Associates International, Inc. ("CA" or "the Company"), respectfully moves *in limine* to prohibit the plaintiff, John C. Bohne, from introducing evidence at trial related to additional claims and damages based on the termination of his employment with CA – specifically, for severance and defamation of character.  Because these claims have never been part of this case and are not legally viable, Bohne should not be permitted to introduce evidence concerning them at trial.  Bohne also intends to introduce evidence at trial that relates to the pending criminal charges against former officers of CA, the Deferred Prosecution Agreement entered into by CA with the U.S. Attorney for the Eastern District of New York, and the Consent Decree entered into by CA with the U.S. Securities and Exchange Commission.  The misconduct that led to the indictments of former CA officers and the Company's aforementioned agreement is wholly unrelated to any claims remaining in this action and, therefore, has no probative value.  Admitting such evidence would serve no purpose other than to prejudice the jury against CA.

BO1 15748805.1

In support of this Motion, CA relies on, and respectfully refers the Court to, the accompanying Memorandum of Law in Support and the Exhibits filed herewith.

WHEREFORE Defendant CA respectfully requests that this Court grant its motion in limine and prohibit the Plaintiff from introducing evidence at trial on these issues.

| | |
|---|---|
| Date:  November 22, 2005 | Respectfully submitted,<br>DEFENDANT,<br>COMPUTER ASSOCIATES<br>INTERNATIONAL, INC.,<br>By its attorneys,<br><br>/s/ Brigitte Duffy<br>Brigitte M. Duffy (BBO # 565724)<br>Jennifer A. Serafyn (BBO # 653739)<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Telephone:    (617) 946-4800<br>Telecopier:    (617) 946-4801 |

**Local Rule 7.1(A)(2) Certification**

I hereby certify that I have attempted in good faith to confer with plaintiff, who is *pro se*, in an attempt to narrow or resolve the issues raised by this motion.

/s/ Brigitte Duffy

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2005, the foregoing Motion was served upon Plaintiff *pro se,* John Bohne, 34 Kenmare Way, Rehoboth Beach, DE 19971, by forwarding a copy of same via FedExpress, overnight delivery, postage prepaid.

/s/ Brigitte Duffy