United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE

2005 NOV 30  P 12: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| John P. Bohne, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.04CV10068WGY |
| ) | |
| Computer Associates ) | |
| International, Inc., ) | |
|     Defendant. ) | |

### PLAINTIFF, JOHN P. BOHNE'S MOTION LIMINE

Plaintiff, John P. Bohne respectfully moves *in limine* to prohibit the Defendant, Computer Associates International, Inc. (Defendant) from introducing, at trial, claims that the purported termination was "for cause", namely, the result of a "rules violation" by the Plaintiff. Furthermore, any reference to "conduct" relating to the Plaintiff's employment, not identified in the Pre-Trial memorandum should be prohibited as well.

Respectfully Submitted

*/s/ John P. Bohne*

John P. Bohne
34 Kenmare Way
Rehoboth Beach, DE 19971
(302) 227-6405
(302) 448-0993 (mobile)

Dated This Day: Nov 28, 2005

To:

1

Brigitte M. Duffy, Esq.
Seyfarth Shaw
Two Seaport Lane, Suite 300
Boston, MA 02210

## *CERTIFICATION*

I herby certify that the foregoing Motion was served upon Defendant's counsel of record above, this day *Nov. 28, 2005* via United States Postal Service Express Mail.