**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| John P. Bohne,<br>　　　Plaintiff, | )<br>)<br>) |
| v. | )  C.A. No.04CV10068WGY<br>) |
| Computer Associates<br>International, Inc.,<br>　　　Defendant. | )<br>)<br>)<br>)<br>) |

# MEMORANDUM IN SUPPORT OF PLAINTIFF, JOHN P. BOHNE'S MOTION LIMINE

## PRELIMINARY STATEMENT

In this Courts ruling on the Defendant, Computer Associates International, Inc's, motion for Summary Judgment, the court found for the Plaintiff regarding Breach of Contract and Breach of Covenant of Good Faith Fair Dealing. This was the result of the Plaintiff providing information and documents to support the fact the Defendant's claim of termination "for cause" was pretextural and that the evidence presented to the Court supported the Plaintiff's assertion that the action by the Defendant could, at most, be interpreted as "termination at-will".

1

## **FACTUAL BACKGROUND**

The Defendant continues suggest that a transaction involving a Client's entering an agreement to license certain products from the Defendant, as accepted by the Defendant, was a "rules violation" by the Plaintiff even thought the Plaintiff had a 19 year unblemished record with that employer. The Defendant is not basing its claim on any documented notices, warnings or reprimands issued to the Plaintiff, but on one transaction that at best, could have been mistakenly interpreted by the Defendant. The evidence clearly supports the position of the Plaintiff that every reasonable effort was made to identify material aspects of the transaction to both the Defendant and to the Client. The very fact that the same document that was used for approvals within the Defendant's Sales Management, Accounting, and Legal Departments, was also used as the Proposal to the client, demonstrates that fact. The Defendant fails to provide any motive for the Plaintiff's "conduct". Furthermore, no financial commitment was made by the Plaintiff and the Defendant had prior notice of all financial obligations relating to the transaction prior to entering the agreement.

## **LEGAL ARGUMENT**

Any reference as to "conduct" or "rules violation" which could be used by the Defense to prejudice the Jury should be prohibited. It is recognized, here, that certain documents and testimony refer to "rules violation" however; the nature and extent of this should be limited to the fact that there was an initial statement of unsupported facts relating to a "rules violation".

The Plaintiff relies on the Federal Rules of Evidence, Article IV, Rule 403, Article VI, Rule 612, Article VII, Rule 801, and Article IX, Rule 901(a). and therefore, respectfully requests the Court consider this motion.

Respectfully Submitted

John P. Bohne
34 Kenmare Way
Rehoboth Beach, DE 19971
(302) 227-6405
(302) 448-0993 (mobile)

**Dated This Day:** Nov. 28, 2005

**To:**

Brigitte M. Duffy, Esq.
Seyfarth Shaw
Two Seaport Lane, Suite 300
Boston, MA 02210

## CERTIFICATION

I herby certify that the foregoing Motion was served upon Defendant's counsel of record above, this day Nov. 28, 2005 via United States Postal Service Express Mail.

3