**United States District Court**
**District of Massachusetts**

FILED
IN CLERKS OFFICE

2005 DEC -2  A 10: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| John P. Bohne, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.04CV10068WGY |
| ) | |
| Computer Associates ) | |
| International, Inc., ) | |
|     Defendant. ) | |

## PLAINTIFF, JOHN P. BOHNE'S OBJECTION TO DEFENDANT, COMPUTER ASSOCIATES MOTION LIMINE

As Plaintiff, I respectfully request that the Court consider certain facts regarding the Defendant's request. The Plaintiff's Claim for damages relating to the purported termination of employment should not be considered as new Claims for the reasons articulated in the Memorandum supporting this objection. In fact, these were clearly understood to be a part of the surviving COUNT and as such should be allowed to be presented to this Court as if they were one and the same. Any damages for Breach of Contract are provided for in the U.C.C., of M.G.L. governing contracts and should not be excluded to benefit the Defendant.

    The Claim for Defamation of Character, although based on facts not yet presented to this court, will be withdrawn from this action without prejudice to expedite the Courts review of the outstanding Claim.

As for the Plaintiff's right to introduce evidence to support the fact that the purported termination was done with malice, specifically the introduction of information about the individuals who were directly involved in the decision to request that the Plaintiff be terminated, should be allowed to properly reflect the motive for this action.

Respectfully Submitted

John P. Bohne
34 Kenmare Way
Rehoboth Beach, DE 19971
(302) 227-6405
(302) 448-0993 (mobile)

**Dated This Day:** 11/30/05

To:

Brigitte M. Duffy, Esq.
Seyfarth Shaw
Two Seaport Lane, Suite 300
Boston, MA 02210

### CERTIFICATION

I herby certify that the foregoing Reply was served upon Defendant's counsel of record above, this day 11/30/05 via United States Postal Service Express Mail.