UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN BOHNE,<br><br>    Plaintiff,<br><br>v.<br><br>COMPUTER ASSOCIATES INTERNATIONAL, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C. A. NO.  04CV10068WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT COMPUTER ASSOCIATES INTERNATIONAL, INC.'S
MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT
OF ITS MOTION IN LIMINE**

  Pursuant to Fed. R. Civ. P. 7 and Local Rule 7.1(B)(3), the Defendant, Computer Associates International, Inc. ("CA" or "the Company"), hereby requests leave to file a Reply to Plaintiff's Opposition to Defendant's Motion in Limine ("Reply").  In support of this motion, CA states as follows:

  1. In his Opposition, Bohne incorrectly suggests to this Court that a contract for employment at will may only be terminated <u>in writing</u>.  Bohne incorrectly cites <u>Fortune v. National Cash Register Co.</u>, 347 N.E.2d 1251 (1977) as supporting this assertion.  In its Reply, CA would address this incorrect statement of law and misleading description of the <u>Fortune</u> case.

  2. In addition, Plaintiff incorrectly cites to sections of the Uniform Commercial Code ("UCC"), apparently sections applicable to the sale of goods, to suggest that he is entitled greater damages than commissions under his claim for breach of the covenant of good faith and fair dealing.  CA's Reply would address Bohne's incorrect assertion that the UCC applies to a claim for breach of the covenant of good faith and fair dealing in the employment context.

4. CA anticipates that its Reply will assist the Court in determining whether the Company is entitled to the exclusion of certain evidence at trial.

5. Should the Court grant this motion, CA proposes to file its Reply with the Court within five days of the Court issuing a decision on this motion.

## Conclusion

Wherefore, CA respectfully requests that the Court grant it leave to file a Reply to Plaintiff's Opposition to Defendant's Motion in Limine.

> Respectfully submitted,
>
> DEFENDANT,
> COMPUTER ASSOCIATES
> INTERNATIONAL, INC.,
> By its attorneys,
>
> /s/ Brigitte Duffy_____
> Brigitte Duffy (BBO # 565724)
> SEYFARTH SHAW LLP
> World Trade Center East
> Two Seaport Lane, Suite 300
> Boston, MA 02210-2028
> Telephone:    (617) 946-4800
> Telecopier:   (617) 946-4801

Dated: December 7, 2005

## Local Rule 7.1(A)(2) Certification

I hereby certify that I have attempted in good faith to confer with plaintiff, who is *pro se*, in an attempt to narrow or resolve the issues raised by this motion.

> /s/ Brigitte Duffy____

CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2005, the foregoing Motion was served upon Plaintiff *pro se,* John Bohne, 34 Kenmare Way, Rehoboth Beach, DE 19971, by forwarding a copy of same via first class mail, postage prepaid.

/s/ Brigitte Duffy