# SEYFARTH
ATTORNEYS SHAW LLP

World Trade Center East

Two Seaport Lane

Suite 300

Writer's direct phone

(617) 946-4808

Writer's e-mail

bduffy@seyfarth.com

Boston, MA 02210-2028

617-946-4800

fax 617-946-4801

www.seyfarth.com

November 30, 2005

## VIA FIRST CLASS MAIL

Hon. William Young
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

> ### Re:    *Bohne v. Computer Associates International, Inc., Civil Action No.*

Dear Judge Young:

This firm represents defendant Computer Associates International, Inc., in the above-referenced matter. This case was originally scheduled for trial in October 2005, but has not yet been called for trial. We submit this letter to notify the Court that counsel has long scheduled vacation plans for December 23, 2005 through and including January 2, 2006. Accordingly, we request that this case not be called for trial during the weeks of December 26, 2005 and January 2, 2006.

Respectfully submitted,

SEYFARTH SHAW LLP

Brigitte Duffy

cc:    John Bohne

BRUSSELS    WASHINGTON, D.C.    SAN FRANCISCO    SACRAMENTO    NEW YORK    LOS ANGELES    HOUSTON    CHICAGO    BOSTON    ATLANTA