UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN P. BOHNE, <br><br> Plaintiff, <br><br> v. <br><br> COMPUTER ASSOCIATES INTERNATIONAL, INC., <br><br> Defendant. | C. A. NO. 04CV10068WGY |

## STIPULATION OF THE PARTIES

Plaintiff, John C. Bohne ("Bohne"), and Defendant, Computer Associates International, Inc. ("CA"), hereby stipulate and agree as follows:

1. The Bohne's claim for breach of contract based on breach of the covenant of good faith and fair dealing – Count IV of the Complaint – is the only Count remaining in this action.

2. Bohne claims, among other things, that CA breached the covenant of good faith and fair dealing by failing to pay him commissions allegedly earned as a result of three licensing agreements involving: (a) Starwood Hotels ("Starwood"), (b) National Life of Vermont ("National Life"), and (c) National Grid.

3. The parties have settled two commission claims and have executed a confidential Settlement Agreement, Release, and Waiver. Specifically, the parties have settled and agreed to dismiss so much of Bohne's claim for breach of the covenant of good faith and fair dealing that is based on commissions arising out of the Starwood and National Life deals ("Commission Claims").

4.  As a result of the parties' settlement, Bohne understands and agrees that he may not reinstate the Commission Claims and that he may not mention or use them as evidence in any trial of claim(s) remaining in the above-captioned action.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| JOHN P. BOHNE<br>Pro se,<br><br>*/s/ John P. Bohne*<br>John P. Bohne<br>34 Kenmare Way<br>Rehoboth Beach, DE 19971 | COMPUTER ASSOCIATES<br>INTERNATIONAL, INC.,<br>By its attorneys,<br><br>/s/ Brigitte Duffy<br>Brigitte M. Duffy (BBO # 565724)<br>Jennifer A. Serafyn (BBO # 653739)<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Telephone:   (617) 946-4800<br>Telecopier:   (617) 946-4801 |
| Dated: December 13 2005 | Dated: December 13 2005 |