UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN BOHNE,<br><br>              Plaintiff,<br><br>v.<br><br>COMPUTER ASSOCIATES INTERNATIONAL, INC.,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)  C. A. NO.  04CV10068WGY<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>DEFENDANT COMPUTER ASSOCIATE'S PROPOSED VOIR DIRE QUESTIONS</u>**

Pursuant to Rule 47 of the Federal Rules of Civil Procedure, Defendant Computer Associates International, Inc., requests that this Court examine under oath all persons called as jurors in this matter and ask:

<u>Employment History</u>

1.    Are you currently employed?  If so, please state by whom and in what position.  How long have you held that position?  If you have been in your present position for less than five years, please give your previous three jobs.

2.    By whom is your spouse employed, your children and other members of your immediate family, and any other persons with whom you reside?  What jobs or positions do they hold?

3.    Have you or any of your immediate family members ever been fired from a job?  What were the circumstances?

4.    Have you or any of your immediate family members ever been employed in the computer software industry or in purchasing computer software on behalf of your employer?

2

5. Have you or any of your immediate family members ever been employed in a sales or other position in which commissions were paid as part of compensation?

6. Have you ever been a supervisor or a member of management at any place of employment? If so, please state when, for what employer, for how long and in what position.

Knowledge Of Parties, Counsel And Potential Witnesses

7. Are you acquainted in any way with the plaintiff in this case, John Bohne, or his family or friends? If so, please describe the nature and extent of your relationship with the plaintiff.

8. Are you acquainted in any way with the defendant in this case, Computer Associates, or its employees? If so, please describe the nature and extent of your relationship with the defendant or its employees.

9. Do you know anyone who is now or has been employed by Computer Associates? If so, would this impair your ability to serve as a fair or impartial juror?

10. Have you or any of your immediate family members ever had any dealings with Computer Associates? If so, please explain. Would this impair your ability to serve as a fair or impartial juror?

11. Are you familiar with, or have you read anything about Computer Associates? If so, do you hold any favorable or unfavorable view of Computer Associates?

12. Do you know or have you ever had any dealings with defendant's attorneys, Brigitte Duffy or Jennifer Serafyn, or their law firm, Seyfarth Shaw LLP? If so, please describe the nature and extent of those contacts.

13. Do you know any of the following individuals who may be witnesses: Juanita Cox, Jennifer Pilato, Jean Schultz, Peter Bordonaro, Alexander Arato, Celia Gillen, Victoria Savin, or Stephanie Tomko?

BO1 15747449.1

### Litigation History

14. Have you or any of your immediate family members ever filed a lawsuit or claim seeking money for a breach of contract? If so, please describe the nature of the suit or claim. Would this impair your ability to serve as a fair or impartial juror?

15. Have you or any of your immediate family members ever filed a grievance, charge, complaint, arbitration, lawsuit or other type of protest against an employer? If so, please state the circumstances surrounding the action, including the name of the employer the nature of the protest, when this occurred, and the outcome. Would this impair your ability to serve as a fair or impartial juror?

16. Have you or any of your immediate family members ever been personally involved as a party, witness or otherwise in a lawsuit involving an employer-employee relationship? If so, would this impair your ability to serve as a fair or impartial juror?

### Corporations

17. Do you think that just because an individual has sued a company that he is entitled to recover?

18. Do you feel any bias or prejudice against Computer Associates because it is a corporation or because it is a defendant?

19. If the evidence justified it, could you find in favor of the defendant, just as easily as for the plaintiff?

BO1 15747449.1

Respectfully submitted,

COMPUTER ASSOCIATES
INTERNATIONAL, INC.,
By its attorneys,

/s/ Brigitte M. Duffy_____
Brigitte M. Duffy (BBO # 565724)
bduffy@seyfarth.com
Jennifer A. Serafyn (BBO # 653739)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801

Dated:  January 13, 2006

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants on January 13, 2006.

/s/ Brigitte M. Duffy_____
