UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN BOHNE,<br><br>        Plaintiff,<br><br>v.<br><br>COMPUTER ASSOCIATES INTERNATIONAL, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) C. A. NO. 04CV10068WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S REVISED WITNESS LIST

Defendant Computer Associates International, Inc., ("CA" or "Defendant") hereby submits the following changes to its Witness List, section 10( B) of the parties' Pre-Trial Memorandum, as is indicated by the shaded rows as follows:

**B.    Defendant**

CA does not intend to introduce testimony of any of its witnesses through depositions testimony

| Name | Address/phone | Purpose of Testimony |
|---|---|---|
| Jennifer Pilato | Computer Associates International, Inc.<br>One Computer Associates Plaza<br>Islandia, NY 11749-7000<br><br>(631) 342-6000 | Factual testimony |
| Jean Schultz | Computer Associates International, Inc.<br>One Computer Associates Plaza<br>Islandia, NY 11749-7000<br><br>(631) 342-6000 | Factual testimony |

| Name | Address/phone | Purpose of Testimony |
|---|---|---|
| Peter Bordonaro | Computer Associates International, Inc.<br>One Computer Associates Plaza<br>Islandia, NY 11749-7000<br><br>(631) 342-6000 | Factual testimony |
| Alexander Arato | Computer Associates International, Inc.<br>One Computer Associates Plaza<br>Islandia, NY 11749-7000<br><br>(631) 342-6000 | Factual Testimony |
| Deletion:<br><br>William Wren | Defendant will not be calling Mr. Wren as a witness. | |
| Deletion:<br><br>Patrick Hofstetter | Defendant will not be calling Mr. Hofstetter as a witness. | |
| Victoria Savin | Computer Associates International, Inc.<br>One Computer Associates Plaza<br>Islandia, NY 11749-7000<br><br>(631) 342-6000 | Factual Testimony |
| Stephanie Tompko | Computer Associates International, Inc.<br>One Computer Associates Plaza<br>Islandia, NY 11749-7000<br><br>(631) 342-6000 | Factual Testimony |
| Addition:<br><br>Celia Gillen | Defendant intends on calling Ms. Gillen as a witness:<br><br>Computer Associates International, Inc.<br>One Computer Associates Plaza<br>Islandia, NY 11749-7000<br><br>(631) 342-6000 | Factual Testimony |

Date:  January 13, 2006

Respectfully submitted,
DEFENDANT,
COMPUTER ASSOCIATES
INTERNATIONAL, INC.,
By its attorneys,

/s/ Brigitte Duffy
Brigitte M. Duffy (BBO # 565724)
Jennifer A. Serafyn (BBO # 653739)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:   (617) 946-4801

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants on January 13, 2006.

/s/ Brigitte Duffy