UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BOHNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. NO.  04CV10068WGY |
| | ) |
| COMPUTER ASSOCIATES INTERNATIONAL, | ) |
| INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PARTIES' PROPOSED EXHIBIT LIST**

A.    **AGREED UPON EXHIBITS**

| No. | Document | Date | Identifier |
|---|---|---|---|
| 1 | National Grid: Amendment Number Two to Order Form | July 2002 | CA 1660–1664 |
| 2 | National Grid: Amendment Number Two to Order Form: faxed and signed by National Grid only | July 2002 | CA 1801–1805 |
| 3 | National Grid Business Analysis Review Form (BARF) | | CA 1680–1687 |
| 4 | CA Sales Compensation Plan (FY '03) | April 1, 2002-March 1, 2003 | CA 1282–1325 |
| 5 | Wealth Enabling Plan (FY '03) | | CA 1326–1330 |
| 6 | Email from J. Pilato to K. Livolsi with attachments, Subject: FWD: NATIONAL GRID | July 15, 2002 5:23 PM | |
| 7 | Email from J. Pilato to K. Livolsi with attachment, Subject: FW: REVISED NATIONAL GRID AMENDMENTS 16 pages | July 16, 2002 12:08 PM | |

| No. | Document | Date | Identifier |
|---|---|---|---|
| 8 | Email From J. Bohne to J. Pilato with attachment, Subject: National Grid BARF | July 30, 2002 3:08 PM | |
| 9 | Commision (sic) Calculation for National Grid Deal | | Prepared by Plaintiff during litigation |
| 10 | Email from S. Tomko to V. Savin and P. Bordonaro, Subject: FW: NATIONAL GRID.xls with attached chart of National Grid calculations | September 12, 2002 10:19 AM | |
| 11 | E-mail string beginning with email from P. Bordonaro to J. Schultz, et al.; ending with e-mail from J. Bohne to P. Bordonaro | Starting July 31, 2002 at 3:25 p.m.; ending July 31, 2002 at 5:46 pm. | |
| 12 | CA's Calculations of National Grid Commissions | | Prepared by CA for trial |
| 13 | CA Severance Policy excerpted from CA Handbook | | CA 0976-0981 |
| 14 | Niagara Mohawk: Order Form and Addendum to Order Form | Aug. 31, 2000 and Sept. 7, 2000 | CA 1620–1632 |
| 15 | National Grid: Order Form and Addendum to Order Form | Sept. 29, 2000 | CA 1721– 1734 |
| 16 | Email string and attachment to J. Bohne from K. Livolsi, Subject: BARF/Allmerica $1.7mil/March (color version)  *(Bohne will use if needed)* | March 27, 2002 | |

2

B.    OBJECTED TO EXHIBITS

| Exhibit No. | Document | Date | Identifier | Party Objecting | Grounds for Objection |
|---|---|---|---|---|---|
| A | Allmerica Contract (Order Form and Addendum) | | CA1036-1044 | P | Relevance |
| B | Allmerica BARF | | CA 1059-1068 | P | Relevance |
| C | First Allmerica Order Form *(Bohne will use if needed based on the Judge's Ruling)* | March 15, 2001 | CA 1079 | D | Incomplete document; duplicative of Exhibit A |
| D | National Grid: Amendment Number One to Order Form | July 2002 | CA 1648-1659 | P | Plaintiff objects only to CA 1659 (revised Ex. B cover page): relevance, authenticity |
| E | National Grid: Amendment Number One with fax line | July 2002 | CA 1820-1831 | P | Plaintiff objects only to CA 1831 (revised Ex. B cover page): relevance, authenticity |
| F | John Bohne FY03 Commission Statement | FY 03 | CA 1257–1263 | P | Relevance |
| G | Email from J. Bohne to J. Pilato with attachment, Subject: BARF/National Grid/Site ID | June 26, 2002 11:47 PM | | D | Relevance, hearsay |
| H | Email from K. Livolsi to J. Bohne with attachments; email from J. Bohne to J. Pilato with attachments | July 12, 2002 4:52 PM and 4:16 PM | | D | Relevance, hearsay |
| I | John Bohne's Sales Statistics from 1983-2003 (Approximate Sales Performance versus Quota) | | Prepared by Plaintiff during litigation | D | Relevance |

BOI 15752928.7

| Exhibit No. | Document | Date | Identifier | Party Objecting | Grounds for Objection |
|---|---|---|---|---|---|
| J | 5-Year Earnings History Chart; compensation due as of August 2002; updated 10-25-2005 | | Prepared by Plaintiff during litigation | D | Relevance |
| K | Employment Agreement | | CA 0203-0205 | D | Relevance |
| L | SEC Release re: indictment of CA corporate officers | | | D | Relevance, prejudice; **also the subject of Defendant's motion in limine** |
| M | Email from J. Bohne to J. Pilato Subject: Allmerica Financial Directions *(Bohne will use if needed)* | March 4, 2002 | | D | Relevance, hearsay |
| N | Email from J. Bohne to L. DelBono, Subject: CA's License Consolidation *(Bohne will use if needed)* | March 15, 2002 | | D | Relevance, hearsay |
| O | Email from J. Bohne to R. Benoit, Subject: Re: Invoices *(Bohne will use if needed)* | June 24, 2002 | | D | Relevance, hearsay |
| P | United States Securities and Exchange Commission Form 10Q, September 30, 2002 *(Bohne will use if needed)* | September 30, 2002 | | D | Relevance; prejudice outweighs probative value |
| Q | Letter to V. Edward Formisano, Esq. from Alexander Arato, Esq., dated January 3, 2003 | January 3, 2003 | | D | Relevance; prejudice outweighs probative value |

4

Respectfully submitted,                           Respectfully submitted,
PLAINTIFF,                                         DEFENDANT,
JOHN P. BOHNE                                      COMPUTER ASSOCIATES
                                                   INTERNATIONAL, INC.,
                                                   By its attorneys,

                                                   /s/ Brigitte Duffy
_____                         Brigitte Duffy (BBO # 565724)
John P. Bohne                                      SEYFARTH SHAW LLP
34 Kenmare Way                                     World Trade Center East
Rehoboth Beach, DE 19971                           Two Seaport Lane, Suite 300
                                                   Boston, MA 02210-2028
                                                   Telephone:    (617) 946-4800
                                                   Telecopier:   (617) 946-4801

Date:  January 13, 2006

BO1 15752928.7