AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF

*Bohne*
v.
*Computer Assoc.*

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: *CA 04-10068*

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| *Young* | *Prove* | *Duffy* |
| TRIAL DATE(S) | COURT REPORTER *Womack* | COURTROOM DEPUTY *Smith* |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/17/06 | | | John Bohne |
| | | | I | | Salas statistics chart |
| | | | Q | 17 | letter 1/3/03 |
| | | | | 1-6 | Exhibit Book |
| | | 1/18/06 | | | John Bohne |
| | | | P | 18 | form 10-Q |
| | | | | | Jennifer Pilato |
| | | | G | 19 | email from Bohne to Pilato 6/26/02 |
| | | | | | Stephanie Tomko |
| | | | E | 20 | Amendment number one - 9-30-00 - with notations |
| | | | D | 21 | Amendment number one 9/30/00 |
| | | | | | Victoria Sabin |
| | | 1/19/06 | | | Celia Gillen |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.