UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__JOHN P. BOHNE__
Plaintiff(s)

v.                                    CIVIL ACTION NO. __04-10068-WGY__

__COMPUTER ASSOCIATES INTERNATIONAL, INC.__
Defendant(s)

**JUDGMENT IN A CIVIL CASE**

__YOUNG, D.J.__

**X**  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**    Judgment for the Plaintiff John P. Bohne in the amount of $86,689.16.    Prejudgment interest at the rate of 12% from 1/12/04- 1/19/06.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 1/19/06                    By __Elizabeth Smith__
                                        Deputy Clerk

NOTE: The post judgment interest rate effective this date is __4.37__ %.

(JudgementCivil.wpd - 3/7/2005)