UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN P. BOHNE, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) C. A. NO. 04CV10068WGY |
|  | ) |
| COMPUTER ASSOCIATES INTERNATIONAL, INC., | ) |
|  | ) |
| Defendant. | ) |

**DEFENDANT COMPUTER ASSOCIATES INTERNATIONAL,
INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW
OR, IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL**

Defendant Computer Associates International, Inc. ("CA"), moves pursuant to Rule 50(b) of the Federal Rules of Civil Procedure for judgment as a matter of law or, in the alternative, for a new trial pursuant to Rule 59. As grounds for this motion, CA states that (1) no reasonable jury could return a verdict in favor of Plaintiff, John Bohne ("Plaintiff"), on his claim for breach of the covenant of good faith and fair dealing because the jury found that CA did not act in bad faith, and (2) the Court improperly instructed the jury about the law when it stated that CA's Fiscal Year 2003 Compensation Plan (the "Compensation Plan") could, as written, by its terms violate the covenant of good faith and fair dealing. In support of this Motion, CA relies on, and respectfully refers the Court to, the accompanying supporting Memorandum of Law.

BO1 15760063.1

WHEREFORE Defendant CA respectfully requests that this Court grant its motion for judgment as a matter of law or, in the alternative, for a new trial.

Respectfully submitted,

DEFENDANT,

COMPUTER ASSOCIATES
INTERNATIONAL, INC.,

By its attorneys,

/s/ Brigitte Duffy
Brigitte M. Duffy (BBO # 565724)
bduffy@seyfarth.com
Jennifer A. Serafyn (BBO # 653739)
jserafyn@seyfarth.com
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Facsimile:   (617) 946-4801

Date:  FebFebruary 2, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants on February 2, 2006.

/s/ Brigitte Duffy