**Exhibit A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN P. BOHNE<br><br>    Plaintiff<br><br>v.<br><br>COMPUTER ASSOCIATES<br>   INTERNATIONAL, INC.<br><br>    Defendant | CIVIL ACTION<br>NO. 04-10068-WGY |

## JURY VERDICT

We find for

1. _____ Computer Associates

2. \_\_\_✓\_\_\_\_\_ John Bohne because:

    a. _____ Computer Associates acted in bad faith

    b. \_\_\_✓\_\_\_ Computer Associates procedures violated the covenant of good faith and fair dealing

    c. and we assess damages of) $86,689.16

                                                         _Elaine G. Thibault - Vandith_
                                                             Forelady

Date: 1/19/06