UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN P. BOHNE,<br><br>          Plaintiff,<br><br>v.<br><br>COMPUTER ASSOCIATES INTERNATIONAL, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) C. A. NO.  04CV10068WGY<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT COMPUTER ASSOCIATES INTERNATIONAL,
INC.'S MOTION TO STAY THE EXECUTION OF JUDGMENT**

Defendant Computer Associates International, Inc. ("CA") moves pursuant to Rule 62(b) of the Federal Rules of Civil Procedure to stay execution of the judgment in this matter. Rule 62(b) permits the Court, in its discretion, to stay the execution of or any proceedings to enforce a judgment pending the disposition of a motion for a new trial or a motion for judgment as a matter of law. Saikevicz v. Blazo, 7 F.R.D. 114, 115-16 (D. Mass. 1946) (granting the defendant's request to stay the execution of judgment until motion for new trial has been decided). CA has filed a motion for judgment as a matter of law or, in the alternative, for a new trial.

WHEREFORE, CA respectfully requests that the Court grant its motion to stay the execution of judgment while the Court considers and rules upon CA's motion for judgment as a matter of law or, in the alternative, a new trial.

Respectfully submitted,

DEFENDANT,

COMPUTER ASSOCIATES INTERNATIONAL, INC.,

By its attorneys,

/s/ Brigitte Duffy
Brigitte M. Duffy (BBO # 565724)
bduffy@seyfarth.com
Jennifer A. Serafyn (BBO # 653739)
jserafyn@seyfarth.com
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Facsimile:   (617) 946-4801

Date: February 2, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants on February 2, 2006.

/s/ Brigitte Duffy