UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BOHNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. NO. 04CV10068WGY |
| | ) |
| COMPUTER ASSOCIATES INTERNATIONAL, INC., | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF JENNIFER A. SERAFYN

I, Jennifer A. Serafyn, hereby depose and state the following:

1. I am an associate at Seyfarth Shaw LLP, attorneys for defendant Computer Associates International, Inc. ("CA") in the above-captioned matter. I make this affidavit based on my personal knowledge.

2. On February 2, 2006 at 12:03 p.m., I sent an email to Plaintiff, John Bohne ("Mr. Bohne"), attaching CA's Motion to Stay the Execution of Judgment, Motion for Judgment as a Matter of Law, or in the Alternative, Motion for a New Trial, and supporting Memorandum of Law. A true and accurate copy of my February 2 email is attached as Exhibit A.

3. The email address to which I sent these documents is the same address by which Attorney Brigitte Duffy and I routinely communicated with Mr. Bohne during the course of preparing for trial in this matter. Mr. Bohne routinely served CA copies of his proposed exhibits via email from this address.

4. After serving Mr. Bohne with these motions via email, I asked my assistant to mail hard copies of these documents to Mr. Bohne.

BO1 15763784.1

2

Signed under the pains and penalties of perjury this 24th day of February 2006.

/s/ Jennifer A. Serafyn
Jennifer A. Serafyn

2

BO1 15763784.1