## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name **Bohne v. Computer Associates International, Inc.**
District Court Case No. **1:04-cv-10068 WGY**       District of **Massachusetts**
Date Notice of Appeal filed **April 3, 2006**       Court of Appeals Case No. _____
Form filed on behalf of **Computer Associates International, Inc.**

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

### TRANSCRIPT ORDER

Name of Court Reporter **Donald Womack   womack@megatran.com**
Phone Number of Reporter _____

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| | PROCEEDING(S) | HEARING DATE(S) |
|---|---|---|
| X | Jury Voir dire | January 17, 2006 |
| X | Opening Statement (plaintiff) | January 17, 2006 |
| X | Opening Statement (defendant) | January 17, 2006 |
| X | Trial | Jan. 17, 2006; Jan. 18, 2006; Jan. 19, 2006 |
| X | Closing Argument (plaintiff) | January 19, 2006 |
| X | Closing Argument (defendant) | January 19, 2006 |
| X | Findings of Fact/Conclusions of Law | January 18, 2006; January 19, 2006 |
| X | Jury Instructions | January 19, 2006 |
| ☐ | Change of Plea | |
| ☐ | Sentencing | |
| ☐ | Bail hearing | |
| ☐ | Pretrial proceedings (specify) _____ | |
| ☐ | Testimony (specify) _____ | |
| X | Other (specify) **Proceedings Re:** | **March 2, 2006** |

**Motion for new trial; Motion for Judgment as a Matter of Law**

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. **X** I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

- X  Private funds.
- ☐  Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐  Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐  Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☐  Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name **Jennifer A. Serafyn, Esq.**       Filer's Signature _J. A. Serafyn_
Firm/Address **Seyfarth Shaw LLP/Two Seaport Lane/Boston, MA 02210**
Telephone number **(617) 946-4800**       Date mailed to court reporter **April 14, 2006**

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)       SEE INSTRUCTIONS ON REVERSE

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 14, 2006.

_____
Jennifer A. Serafyn, Esq.