## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __Bohne v. Computer Associates International, Inc.__

District Court Case No. __1:04-CV-10068 WGY__     District of __Massachusetts__

Date Notice of Appeal filed __4·3·06__     Court of Appeals Case No. _____

Form filed on behalf of __Computer Associates International, Inc.__

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

### TRANSCRIPT ORDER

Name of Court Reporter __Donald Womack - womack@megatran.com__
Phone Number of Reporter _____

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☑ Jury Voir dire | 1/17/06 |
| ☑ Opening Statement (plaintiff) | 1/17/06 |
| ☑ Opening Statement (defendant) | 1/17/06 |
| ☑ Trial | 1/17/06, 1/18/06, 1/19/06 |
| ☑ Closing Argument (plaintiff) | 1/19/06 |
| ☑ Closing Argument (defendant) | 1/19/06 |
| ☑ Findings of Fact/Conclusions of Law | 1/18/06 and 1/19/06 |
| ☑ Jury Instructions | 1/19/06 |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| Other (specify) _____ | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. __✓__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☑ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Jennifer Serafyn, Esq.__     Filer's Signature _____
Firm/Address __Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, MA 02210__
Telephone number __617-946-4800__     Date mailed to court reporter __4/24/06__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)     SEE INSTRUCTIONS ON REVERSE

15774134

## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __Bohne v. Computer Associates International, Inc.__

District Court Case No. __1:04-CV-10068 WGY__       District of __Massachusetts__

Date Notice of Appeal filed __4·3·06__       Court of Appeals Case No. _____

Form filed on behalf of __Computer Associates International, Inc.__

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

### TRANSCRIPT ORDER

Name of Court Reporter __James Gibbons__
Phone Number of Reporter __(617) 428-0402__

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☑ Other (specify) Post-Trial Proceedings re: 3/2/06 - Motion for new trial; Motion for Judgment as a Matter of Law | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. __✓__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☑ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Jennifer Serafyn, Esq.__       Filer's Signature __J.A. Serfy__
Firm/Address __Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, MA 02210__
Telephone number __617-946-4800__       Date mailed to court reporter __4/24/06__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)       SEE INSTRUCTIONS ON REVERSE

15774156

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 24, 2006.

    __s/ Jennifer A. Serafyn_____

    Jennifer A. Serafyn, Esq.