UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN P. BOHNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. NO. 04CV10068WGY |
| | ) |
| COMPUTER ASSOCIATES INTERNATIONAL, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR APPROVAL OF SUPERSEDEAS BOND

Pursuant to Federal Rule of Civil Procedure 62(d) and Rule 8(a) of the Rules of Appellate Procedure, the defendant Computer Associates International, Inc. ("CA") hereby moves the Court for approval of the attached supersedeas bond in the amount of $118,963.03, executed by CA, as Principal, and Travelers Casualty and Surety Company of America, as Surety, in order to stay execution of the judgments entered in this case on January 19 and March 2, 2006 during the pendency of CA's appeal. CA filed its Notice of Appeal to the United States Court of Appeals for the First Circuit on April 3, 2006.

The amount of the bond represents the $86,689.16 judgment entered in favor of Bohne on January 19, plus pre-judgment interest at the rate of twelve percent (12%) of that amount, plus five hundred dollars ($500) to cover costs, as required by Local Rule 62.2 for the United States District Court for the District of Massachusetts.

WHEREFORE, CA respectfully requests that this Court approve a supersedeas bond in the amount of $118,963.03 to stay execution of the judgment entered in favor of Bohne during the pendency of CA's appeal.

BO1 15774262.1

Respectfully submitted,

DEFENDANT,

COMPUTER ASSOCIATES INTERNATIONAL, INC.,

By its attorneys,

/s/ Brigitte Duffy
Brigitte M. Duffy (BBO # 565724)
bduffy@seyfarth.com
Jennifer A. Serafyn (BBO # 653739)
jserafyn@seyfarth.com
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Facsimile:   (617) 946-4801

Date:  April 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants.

/s/ Jennifer A. Serafyn

**Appeal Bond**                                           Travelers Casualty and Surety Company of America
                                                          One Tower Square 3PB, Hartford, CT 06183

| | |
|---|---|
| John P. Bohne <br> Plaintiff(s) | Bond No. K0737138A |
| -against- | Index or Cause No. 1:04-cv10068 - WGY |
| Computer Associates International, Inc. <br> Defendant(s) | |

KNOW ALL MEN BY THESE PRESENTS, that we CA, INC FKA COMPUTER ASSOCIATES INTERNATIONAL, INC, as Principal, and **Travelers Casualty and Surety Company of America**, a corporation organized under the laws of the State of Connecticut and authorized to do business in the State of __MA__, as Surety, are held and firmly bound unto __John P. Bohne__, as Obligee, in the maximum penal sum of __One Hundred Eighteen Thousand Nine Hundred Sixty Three and 03/100__ Dollars ($ 118,963.03), lawful money of the United States of America, for which payment well and truly to be made we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal has appealed to the __United States District Court, District of Massachussets__ from a judgment entered on the _____ day of _____, _____.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall diligently prosecute its appeal to a decision, and shall promptly perform and satisfy the judgment, then this obligation will be void; otherwise to remain in full, force and effect.

IN NO EVENT, however, shall the surety's obligation under this bond exceed the maximum aggregate sum of __One Hundred Eighteen Thousand Nine Hundred Sixty Three and 03/100__ Dollars ($ 118,963.03)

SIGNED, SEALED AND DATED this __24th__ day of __April__, __2006__.

CA, INC FKA COMPUTER ASSOCIATES INTERNATIONAL, INC
By: _____

Travelers Casualty and Surety Company of America
By: _____
Halina Kazmierczak, Attorney-in-Fact

S-5347 (12-99)