APPEAL

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10068-WGY

Bohne v. Computer Associates International, Inc.  
Assigned to: Judge William G. Young  
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 01/12/2004  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**John P. Bohne**    represented by    **John P. Bohne**  
34 Kenmare Way  
Rehoboth Beach, DE 19971  
302-227-6405  
PRO SE

**Louise A. Herman**  
Sinapi, Formisano & Coleman, Ltd.  
100 Midway Place  
Suite One  
Cranston, RI 02920  
401-944-9690  
Fax: 401-943-9040  
Email: LAH@SFClaw.com  
*TERMINATED: 08/03/2005*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Edward Formisano**  
Sinapi, Formisano & Coleman, Ltd.  
100 Midway Place  
Suite One  
Cranston, RI 02920  
401-944-9690  
*TERMINATED: 06/24/2005*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Computer Associates International, Inc.** | represented by | **Brigitte M. Duffy**<br>Seyfarth Shaw<br>World Trade Center East<br>Two Seaport Lane<br>Suite 300<br>Boston, MA 02210-2028<br>617-946-4800<br>Fax: 617-946-4801<br>Email: bduffy@seyfarth.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jennifer A. Serafyn**<br>Seyfarth Shaw, LLP<br>Two Seaport Lane<br>Suite 300<br>Boston, MA 02210<br>617-946-4843<br>Fax: 617-946-4801<br>Email: jserafyn@seyfarth.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Damian W. Wilmot**<br>U.S. Attorney's Office<br>John Joseph Moakley United States Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3398<br>Fax: 617-748-3969<br>Email: damian.wilmot@usdoj.gov<br><br>*TERMINATED: 08/12/2004*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2004 | 1 | COMPLAINT against Computer Associates International, Inc. |

| | | |
|---|---|---|
| | | Filing fee: $ 150, receipt number 53071, filed by John P. Bohne.(Bell, Marie) (Entered: 01/14/2004) |
| 01/12/2004 | | Summons Issued as to Computer Associates International, Inc.. (Bell, Marie) (Entered: 01/14/2004) |
| 01/12/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Bell, Marie) (Entered: 01/14/2004) |
| 04/01/2004 | 2 | WAIVER OF SERVICE Returned Executed Computer Associates International, Inc. waiver sent on 3/23/2004, answer due 5/24/2004. (Bell, Marie) (Entered: 04/06/2004) |
| 05/24/2004 | 3 | ANSWER to Complaint by Computer Associates International, Inc..(Wilmot, Damian) (Entered: 05/24/2004) |
| 05/24/2004 | 4 | CORPORATE DISCLOSURE STATEMENT by Computer Associates International, Inc.. (Wilmot, Damian) (Entered: 05/24/2004) |
| 05/24/2004 | 5 | NOTICE of Appearance by Damian W. Wilmot on behalf of Computer Associates International, Inc. (Wilmot, Damian) (Entered: 05/24/2004) |
| 05/26/2004 | 6 | NOTICE of Scheduling Conference Scheduling Conference set for 7/7/2004 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 05/26/2004) |
| 06/16/2004 | 7 | Assented to MOTION to Continue Scheduling Conference to 08/2004 by Computer Associates International, Inc..(Wilmot, Damian) (Entered: 06/16/2004) |
| 06/21/2004 | 8 | JOINT STATEMENT re scheduling conference. (Wilmot, Damian) (Entered: 06/21/2004) |
| 06/21/2004 | 9 | CERTIFICATE OF CONSULTATION *PURSUANT TO LOCAL RULE 16.1* by Damian W. Wilmot on behalf of Computer Associates International, Inc.. (Wilmot, Damian) (Entered: 06/21/2004) |
| 06/22/2004 | | Judge William G. Young : ELECTRONIC ORDER entered re:Joint Statement. RETURNED FOR RESUBMISSION. TRIAL WILL BE HELD IN JUNE 2005. cc/cl. (Bell, Marie) (Entered: 06/22/2004) |
| 07/02/2004 | | Judge William G. Young : ELECTRONIC ORDER entered |

| | | |
|---|---|---|
| | | granting 7 Motion to Continue Scheduling Conference. Conference RESET to 9/15/04 at 2PM (Smith, Bonnie) (Entered: 07/02/2004) |
| 07/08/2004 | 10 | MOTION for Leave to Appear Pro Hac Vice by V. Edward Formisano Filing fee $ 50.00, receipt number 57301 (Filing Fee paid 7/15/04) by John P. Bohne.(Bell, Marie) . (Entered: 07/15/2004) |
| 07/08/2004 | 11 | Certificate of Good Standing by V. Edward Formisano re 10 MOTION for Leave to Appear Pro Hac Vice by V. Edward Formisano Filing fee $ 50.00, receipt number 57301.. (Bell, Marie) (Entered: 07/15/2004) |
| 07/27/2004 | | Judge William G. Young : ELECTRONIC ORDER entered granting 10 Motion for Leave to Appear Pro Hac Vice Added V. Edward Formisano for John P. Bohne (Bell, Marie) (Entered: 07/27/2004) |
| 07/27/2004 | | NOTICE OF RESCHEDULING Initial Scheduling Conference reset for TUESDAY 9/14/2004 02:00 PM in Courtroom 18 before Chief Judge William G. Young.cc/cl (Smith, Bonnie) (Entered: 07/27/2004) |
| 08/12/2004 | 12 | NOTICE of Withdrawal of Appearance Attorney Damian W. Wilmot terminated. (Wilmot, Damian) (Entered: 08/12/2004) |
| 09/14/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge William G. Young : Scheduling Conference held on 9/14/2004. Court explains requirements of the session. Court inquires as to whether parties want to proceed before Magistrate Judge. Case to go to ADR as of 3/05. Final Pretrial Conference no sooner than 9/6/05. Jury Trial on Running Trial List as of 10/3/05. Two weeks to file consent to Magistrate or a Revised Joing Case Management Proposal. (Bell, Marie) (Entered: 09/16/2004) |
| 09/14/2004 | | Set Deadlines/Hearings: Final Pretrial Conference set for NO SOONER THAN 9/6/2005 02:00 PM before Chief Judge William G. Young. Jury Trial set for RUNNING TRIAL LIST 10/3/2005 09:00 AM before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 01/11/2005) |
| 02/09/2005 | 13 | REFERRING CASE to Alternative Dispute Resolution for 3/2005.(Bell, Marie) (Entered: 02/09/2005) |
| 03/09/2005 | 14 | REPORT of Alternative Dispute Resolution Program. The |

| | | |
|---|---|---|
| | | parties chose to proceed with private mediation. (Franklin, Yvonne) (Entered: 03/09/2005) |
| 06/16/2005 | 15 | MOTION to Withdraw as Attorney by John P. Bohne.c/s.(Bell, Marie) (Entered: 06/21/2005) |
| 06/16/2005 | 16 | AFFIDAVIT of Edward Formisano in Support re 15 MOTION to Withdraw as Attorney filed by John P. Bohne. c/s. (Bell, Marie) (Entered: 06/21/2005) |
| 06/21/2005 | 17 | NOTICE of Appearance, pro se by John P. Bohne. c/s. (Bell, Marie) (Entered: 06/22/2005) |
| 06/23/2005 | 18 | SUPPLEMENT TO 15 MOTION to Withdraw as Attorney filed by John P. Bohne. c/s. (Bell, Marie) (Entered: 06/23/2005) |
| 06/23/2005 | 19 | SUPPLEMENT TO AFFIDAVIT of Edward Formisano in Support re 15 MOTION to Withdraw as Attorney. c/s . (Bell, Marie) (Entered: 06/23/2005) |
| 06/24/2005 | 20 | Opposition re 15 MOTION to Withdraw as Attorney filed by Computer Associates International, Inc.. (Duffy, Brigitte) (Entered: 06/24/2005) |
| 06/24/2005 | | Judge William G. Young : Electronic ORDER entered granting 15 Motion to Withdraw as Attorney. (Smith, Bonnie) (Entered: 06/24/2005) |
| 06/29/2005 | 21 | MOTION for Extension of Time to 8/29/05 to Collect Deposition Testimony by John P. Bohne.(Bell, Marie) (Entered: 06/30/2005) |
| 06/30/2005 | 22 | MOTION for Order to have Defendant comply with interrogatories and production of documents by John P. Bohne. (Bell, Marie) (Entered: 06/30/2005) |
| 06/30/2005 | 23 | MOTION to Compel Production of Documents addressed to Computer Associates International, Inc. by John P. Bohne. (Bell, Marie) (Entered: 06/30/2005) |
| 07/07/2005 | 24 | Opposition re 21 MOTION for Extension of Time to 8/29/05 to Collect Deposition Testimony, 22 MOTION for Order to to have Defendant comply with interrogatories and production of documents, 23 MOTION to Compel filed by Computer Associates International, Inc.. (Duffy, Brigitte) Exhibit 1 Attached. Modified on 8/4/2005 (Bell, Marie). (Entered: 07/07/2005) |

| | | |
|---|---|---|
| 07/13/2005 | 25 | Response by John P. Bohne to 24 Opposition to Motion for an Extension of Time. c/s. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Bell, Marie) (Entered: 07/14/2005) |
| 07/18/2005 | | Judge William G. Young : Electronic ORDER entered denying 21 Motion for Extension of Time. cc/cl. (Bell, Marie) (Entered: 07/19/2005) |
| 07/18/2005 | | Judge William G. Young : Electronic ORDER entered denying 22 Motion for Assistance from the Court to have Defendant comply with Interrogatories and Production of Documents. cc/cl. (Bell, Marie) (Entered: 07/19/2005) |
| 07/18/2005 | | Judge William G. Young : Electronic ORDER entered denying 23 Motion for Production of Documents Addressed to the Defendant Computer Associates International, Inc. cc/cl. (Bell, Marie) (Entered: 07/19/2005) |
| 07/22/2005 | 26 | Judge William G. Young : Electronic ORDER entered. PROCEDURAL ORDER re pretrial/trial Final Pretrial Conference set for 9/21/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young.(Smith, Bonnie) (Entered: 07/22/2005) |
| 08/01/2005 | 27 | MOTION for Summary Judgment by Computer Associates International, Inc..(Duffy, Brigitte) (Entered: 08/01/2005) |
| 08/01/2005 | 28 | MEMORANDUM in Support re 27 MOTION for Summary Judgment filed by Computer Associates International, Inc.. (Duffy, Brigitte) (Entered: 08/01/2005) |
| 08/01/2005 | 29 | STATEMENT of facts re 27 MOTION for Summary Judgment. (Duffy, Brigitte) (Entered: 08/01/2005) |
| 08/01/2005 | 30 | MOTION to Seal Document *supporting defendant's motion for summary judgment* by Computer Associates International, Inc.. (Duffy, Brigitte) (Entered: 08/01/2005) |
| 08/01/2005 | 31 | NOTICE by Computer Associates International, Inc. re 27 MOTION for Summary Judgment, 30 MOTION to Seal Document *supporting defendant's motion for summary judgment (notice of manual filing of exhibits to motions for summary judgment and to seal documents)* (Duffy, Brigitte) (Entered: 08/01/2005) |
| 08/01/2005 | 38 | APPENDIX re 27 MOTION for Summary Judgment by Computer Associates International, Inc.. (Bell, Marie) |

| | | |
|---|---|---|
| | | (Entered: 08/17/2005) |
| 08/03/2005 | 32 | Opposition re 30 MOTION to Seal Document *supporting defendant's motion for summary judgment* filed by John P. Bohne.c/s. (Attachments: # 1 Exhibit)(Bell, Marie) (Entered: 08/04/2005) |
| 08/03/2005 | 33 | NOTICE of Withdrawal of Appearance Attorney Louise A. Herman terminated. c/s. (Bell, Marie) (Entered: 08/04/2005) |
| 08/12/2005 | 34 | NOTICE of Filing with the Clerk's Office by John P. Bohne (Bell, Marie) (Entered: 08/16/2005) |
| 08/12/2005 | 35 | Response by John P. Bohne to 28 Memorandum in Support of Motion for Summary Judgment. c/s. (Bell, Marie) (Entered: 08/16/2005) |
| 08/12/2005 | 36 | Correction by John P. Bohne of 29 Material Facts in Support of Motion for Summary Judgment. c/s. (Bell, Marie) (Entered: 08/16/2005) |
| 08/12/2005 | 37 | APPENDIX In Support of 35 Response by John P. Bohne to Defendants Memorandum in Support of its Motion for Summary Judgment. (Bell, Marie) (Entered: 08/17/2005) |
| 08/16/2005 | 39 | Opposition re 27 MOTION for Summary Judgment filed by John P. Bohne. c/s. (Bell, Marie) (Entered: 08/17/2005) |
| 08/17/2005 | 40 | MOTION to Seal Document 38 Appendix/Exhibit, 37 Appendix/Exhibit by Computer Associates International, Inc.. (Duffy, Brigitte) (Entered: 08/17/2005) |
| 08/18/2005 |  | Judge William G. Young : Electronic ORDER entered RE: 30 Motion to Seal Document supporting defendant's motion for summary judgment. MOTION DENIED, SAVE AS TO DOCUMENTS MARKED CONFIDENTIAL AT THE TIME OF THEIR PREPARATION. cc/cl. (Bell, Marie) (Entered: 08/19/2005) |
| 08/18/2005 | 42 | EXHIBITS re 27 MOTION for Summary Judgment by Computer Associates International, Inc.. Document sealed pursuant to the Electronic Order entered 8/18/05. (Bell, Marie) (Entered: 08/23/2005) |
| 08/23/2005 | 41 | MOTION for Leave to File *Reply to Opposition to Summary Judgment* by Computer Associates International, Inc..(Duffy, Brigitte) (Entered: 08/23/2005) |

| 08/23/2005 | | NOTICE of Hearing on Motion 27 MOTION for Summary Judgment: Motion Hearing set for 10/5/2005 02:00 PM before Chief Judge William G. Young. The hearing will take place at Suffolk Law School, Tremont Street, Boston,Moot Courtroom. (Smith, Bonnie) (Entered: 08/23/2005) |
|---|---|---|
| 08/23/2005 | | NOTICE OF RESCHEDULING Final Pretrial Conference reset for WED.10/28/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 08/23/2005) |
| 08/24/2005 | 43 | RESPONSE to Motion re 41 MOTION for Leave to File *Reply to Opposition to Summary Judgment* filed by John P. Bohne. c/s. (Bell, Marie) (Entered: 08/25/2005) |
| 08/25/2005 | | Judge William G. Young : Electronic ORDER entered granting 41 Motion for Leave to File Reply in Further Support of its Motion for Summary Judgment. cc/cl. (Bell, Marie) (Entered: 08/25/2005) |
| 08/31/2005 | 44 | REPLY to Response to Motion re 27 MOTION for Summary Judgment filed by Computer Associates International, Inc.. (Duffy, Brigitte) (Entered: 08/31/2005) |
| 08/31/2005 | | Judge William G. Young : Electronic ORDER entered re: 40 Motion to Seal Document 38 Appendix/Exhibit, 37 Appendix/Exhibit. MOTION ALLOWED AS TO DOCUMENTS 3 AND 4. MOTION OTHERWISE DENIED. cc/cl. (Bell, Marie) (Entered: 09/01/2005) |
| 09/06/2005 | 45 | MOTION for Leave to File A Reply to Defendant's Reply Memorandum in Support of its Motion for Summary Judgment by John P. Bohne. c/s.(Bell, Marie) (Entered: 09/07/2005) |
| 09/07/2005 | | Judge William G. Young : Electronic ORDER entered granting 45 Motion for Leave to File Reply to Defendant's Reply Memorandum in Support of its Motion for Summary Judgment. cc/cl. (Bell, Marie) (Entered: 09/07/2005) |
| 09/12/2005 | 46 | Reply by John P. Bohne to Defendant's 44 Reply to Memorandum in Support of its Motion for Summary Judgment. (Attachments: # 1 ATTACHMENT-A)(Bell, Marie) (Entered: 09/14/2005) |
| 10/05/2005 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 10/5/2005 re 27 MOTION for Summary Judgment filed by Computer |

| | | |
|---|---|---|
| | | Associates International, Inc.. After hearing 27 MOTION for Summary Judgment filed is ALLOWED IN PART; TAKEN UNDER ADVISEMENT IN PART. Final Pretrial Conference set for 10/28/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Court Reporter Donald Womack.) (Bell, Marie) (Entered: 10/06/2005) |
| 10/17/2005 | 47 | Letter from Brigitte Duffy to the court with vacation schedule in November. Counsel is not available for trial from 11/8-11/13. (Smith, Bonnie) (Entered: 10/18/2005) |
| 10/18/2005 | 48 | Judge William G. Young : ORDER entered. COMPUTER ASSOCIATES' 27 MOTION for Summary Judgment IS NOW ALLOWED AS TO COUNTS I AND II. SO ORDERED. cc/cl. (Bell, Marie) (Entered: 10/19/2005) |
| 10/24/2005 | 79 | STATEMENT of FACTS Not In Dispute as to John P. Bohne. (Paine, Matthew) (Entered: 05/04/2006) |
| 10/27/2005 | 49 | NOTICE of Appearance by Jennifer A. Serafyn on behalf of Computer Associates International, Inc. (Serafyn, Jennifer) (Entered: 10/27/2005) |
| 10/28/2005 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Final Pretrial Conference held on 10/28/2005. Court inquires as to settlment. Jury trial 3 days including empanelment. Court explains system of marking exhibits (Smith, Bonnie) (Entered: 10/31/2005) |
| 11/22/2005 | 50 | MOTION in Limine by Computer Associates International, Inc..(Serafyn, Jennifer) (Entered: 11/22/2005) |
| 11/22/2005 | 51 | MEMORANDUM in Support re 50 MOTION in Limine filed by Computer Associates International, Inc.. (Attachments: # 1 Exhibit Exhibit)(Serafyn, Jennifer) (Entered: 11/22/2005) |
| 11/30/2005 | 52 | MOTION in Limine by John P. Bohne.(Smith, Bonnie) (Entered: 12/01/2005) |
| 11/30/2005 | 53 | MEMORANDUM in Support re 52 MOTION in Limine filed by John P. Bohne. (Smith, Bonnie) (Entered: 12/01/2005) |
| 12/02/2005 | 54 | Opposition re 50 MOTION in Limine filed by John P. Bohne. (Bell, Marie) (Entered: 12/07/2005) |
| 12/02/2005 | 55 | Plaintiff, John P Bohne's MEMORANDUM in Support re 54 Opposition to Motion In Limine. (Bell, Marie) (Entered: 12/07/2005) |

| 12/07/2005 | 56 | MOTION for Leave to File *Reply to Opposition to Motion in Limine* by Computer Associates International, Inc..(Duffy, Brigitte) (Entered: 12/07/2005) |
|---|---|---|
| 12/09/2005 | 57 | MEMORANDUM in Opposition re 52 MOTION in Limine *of Plaintiff John Bohne* filed by Computer Associates International, Inc.. (Duffy, Brigitte) (Entered: 12/09/2005) |
| 12/13/2005 |  | Judge William G. Young : Electronic ORDER entered denying 52 Motion in Limine, granting 56 Motion for Leave to File Reply (Smith, Bonnie) Modified on 12/13/2005 to correct action on motion. Clerk's Office will send the appropriate notice to notify counsel of correction (Hurley, Virginia). (Entered: 12/13/2005) |
| 12/15/2005 | 58 | Letter from Brigitte Duffy re: vacation schedules. (Bell, Marie) (Entered: 12/15/2005) |
| 12/19/2005 | 59 | REPLY to Response to Motion re 50 MOTION in Limine filed by Computer Associates International, Inc.. (Duffy, Brigitte) (Entered: 12/19/2005) |
| 12/19/2005 | 60 | STIPULATION *of Parties Concerning Partial Settlement* by John P. Bohne, Computer Associates International, Inc.. (Duffy, Brigitte) (Entered: 12/19/2005) |
| 12/21/2005 | 61 | MOTION for Leave to File a Surreply by John P. Bohne. (Smith, Bonnie) (Entered: 12/22/2005) |
| 12/22/2005 |  | Judge William G. Young : Electronic ORDER entered granting 61 Motion for Leave to File a Surreply (Smith, Bonnie) (Entered: 12/22/2005) |
| 12/27/2005 | 62 | Surreply by John P. Bohne to Defendant's 59 Reply in Support of its Motion In Limine. c/s. (Attachments: # 1 Exhibit)(Bell, Marie) (Entered: 12/30/2005) |
| 01/13/2006 | 63 | Proposed Voir Dire by Computer Associates International, Inc.. (Duffy, Brigitte) (Entered: 01/13/2006) |
| 01/13/2006 | 64 | *Revised* Witness List by Computer Associates International, Inc.. (Duffy, Brigitte) (Entered: 01/13/2006) |
| 01/13/2006 | 65 | *Parties'* Exhibit List by John P. Bohne, Computer Associates International, Inc... (Duffy, Brigitte) Additional attachment(s) added on 1/18/2006 (Paine, Matthew). (Entered: 01/13/2006) |
| 01/17/2006 |  | ElectronicClerk's Notes for proceedings held before Judge |

| | | |
|---|---|---|
| | | William G. Young : Prior to empanelment, the court hears argument on Motions in limine. Motions allowed in part, denied in part. Voir Dire held on 1/17/2006. Jury of 12 empaneled. Jury SWORN. Court gives pretrial charge. Opening remarks by plaintiff and defendant. Plaintiff's evidence commences. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 01/18/2006) |
| 01/18/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Jury Trial Day 2 held on 1/18/2006. Plaintiff's evidence continues. Plaintiff Rests. Defense files a Motion for Directed Verdict. The Court takes the matter Under Advisement. Defendant's evidence commences. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 01/18/2006) |
| 01/19/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Jury Trial Day 3 held on 1/19/2006. Defense evidence continues. Defense Rests. Court charges the jury as to the law. Closing arguments by the Defense, the plaintiff. Jury commences deliberations. Jury returns a verdict for the plaintiff and assesses damages in the amount of $86,689.16. Judgment to enter for the plaintiff. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 01/19/2006) |
| 01/19/2006 | 66 | Witness List. (Smith, Bonnie) (Entered: 01/19/2006) |
| 01/19/2006 | 67 | JURY VERDICT in favor of Plaintiff against Defendant. (Smith, Bonnie) (Entered: 01/19/2006) |
| 01/19/2006 | 68 | Judge William G. Young : ORDER entered. JUDGMENT in favor of Plaintiff against Defendant(Smith, Bonnie) (Entered: 01/19/2006) |
| 02/02/2006 | 69 | MOTION for Judgment as a Matter of Law *Or In The Alternative, Motion For A New Trial* by Computer Associates International, Inc..(Serafyn, Jennifer) (Entered: 02/02/2006) |
| 02/02/2006 | 70 | MEMORANDUM in Support re 69 MOTION for Judgment as a Matter of Law *Or In The Alternative, Motion For A New Trial* filed by Computer Associates International, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Serafyn, Jennifer) (Entered: 02/02/2006) |
| 02/02/2006 | 71 | MOTION to Stay *The Execution Of Judgment* by Computer Associates International, Inc..(Serafyn, Jennifer) (Entered: |

| | | |
|---|---|---|
| | | 02/02/2006) |
| 02/07/2006 | | NOTICE of Hearing on Motion 69 MOTION for Judgment as a Matter of Law *Or In The Alternative, Motion For A New Trial*, 71 MOTION to Stay *The Execution Of Judgment*: Motion Hearing set for 3/2/2006 02:00 PM before Judge William G. Young. opposition to the Motions are due by 2/16/06. Reply brief,if any, are due by 2/24/06 cc(Smith, Bonnie) (Entered: 02/07/2006) |
| 02/08/2006 | 72 | REPLY to Defendant's Computer Associates International, Inc.'s MOTION for Judgment as a Matter of Law *Or In The Alternative, Motion For A New Trial* filed by John P. Bohne. (Paine, Matthew) (Entered: 02/08/2006) |
| 02/24/2006 | 73 | REPLY to Response to Motion re 69 MOTION for Judgment as a Matter of Law *Or In The Alternative, Motion For A New Trial* filed by Computer Associates International, Inc.. (Attachments: # 1 Affidavit)(Serafyn, Jennifer) (Entered: 02/24/2006) |
| 03/02/2006 | 74 | MOTION to disallow motion for jnov by John P. Bohne. (Smith, Bonnie) (Entered: 03/03/2006) |
| 03/02/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 3/2/2006 re 69 MOTION for Judgment as a Matter of Law *Or In The Alternative, Motion For A New Trial* filed by Computer Associates International, Inc.,, 71 MOTION to Stay *The Execution Of Judgment* filed by Computer Associates International, Inc.,, 74 MOTION filed by John P. Bohne,, Motions terminated: 69 MOTION for Judgment as a Matter of Law *Or In The Alternative, Motion For A New Trial* filed by Computer Associates International, Inc.,, 71 MOTION to Stay *The Execution Of Judgment* filed by Computer Associates International, Inc.,, 74 MOTION filed by John P. Bohne,.After hearing the Motions are DENIED. Court inquires of pro se if he wants the court to certify a question to the SJC or if the plaintiff wants the case to go to the First Circuit. Mr.Bohne states he prefers the case go to the First Circuit if an appeal is to be taken. (Court Reporter Gibbons.) (Smith, Bonnie) (Entered: 03/03/2006) |
| 04/03/2006 | 75 | NOTICE OF APPEAL by Computer Associates International, Inc.. $ 255 NOTICE TO COUNSEL: A Transcript |

| | | |
|---|---|---|
| | | Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/24/2006. (Serafyn, Jennifer) (Entered: 04/03/2006) |
| 04/04/2006 | ● | Filing fee: $ 255.00, receipt number 71519 for 75 Notice of Appeal. (Paine, Matthew) (Entered: 04/05/2006) |
| 04/14/2006 | ●76 | TRANSCRIPT ORDER FORM *with Certificate of Service* by Computer Associates International, Inc. for proceedings held on January 17, 2006, January 18, 2006, January 19, 2006 & March 2, 2006 before Judge William Young.. (Serafyn, Jennifer) (Entered: 04/14/2006) |
| 04/24/2006 | ●77 | TRANSCRIPT ORDER FORM *(Amended Forms)* by Computer Associates International, Inc. for proceedings held on January 17, 18, 19 (D. Womack - Ct. Reporter) and March 2, 2006 (J. Gibbons - Ct. Reporter) before Judge Young.. (Serafyn, Jennifer) (Entered: 04/24/2006) |
| 04/28/2006 | ●78 | MOTION for Bond *Approval of Supersedeas Bond* by Computer Associates International, Inc..(Serafyn, Jennifer) (Entered: 04/28/2006) |
| 05/03/2006 | ● | Judge William G. Young : Electronic ORDER entered GRANTING 78 Motion for Bond and Approval of Supersedas Bond. (Paine, Matthew) (Entered: 05/03/2006) |