# United States Court of Appeals
## For the First Circuit

USDC-MA
04-10065

No. 06-1745

JOHN P. BOHNE,

Plaintiff, Appellee,

v.

COMPUTER ASSOCIATES INTERNATIONAL, INC.,

Defendant, Appellant.

---

**JUDGMENT**

Entered: February 1, 2008

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed, and the case is remanded for entry of judgment in favor of Computer Associates International, Inc. Each side shall bear its own costs on this appeal.

By the Court:

Richard Cushing Donovan, Clerk

[Certified copies to Hon. William G. Young and Ms. Sarah Thorton, Clerk, United States Distrct Court for the District of Massachusetts. Copies to Mr. Bohne, Ms. Duffy & Ms. Serafyn.]