UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN P. BOHNE,<br><br>        Plaintiff,<br><br>v.<br><br>COMPUTER ASSOCIATES INTERNATIONAL, INC.,<br><br>        Defendant. | C. A. NO. 04CV10068WGY |

## AFFIDAVIT IN SUPPORT OF COSTS

I, Brigitte M. Duffy, depose and state as follows:

1.    I am admitted to practice and am a member in good standing of the Bar of this Court. I am a partner in the law firm Seyfarth Shaw LLP, and represented the Defendant Computer Associates International, Inc. ("Computer Associates") in this action. I am familiar with the billing practices of Seyfarth Shaw LLP in general and specifically with the costs incurred by Computer Associates in this action.

2.    I submit this affidavit on behalf of Computer Associates, in support of its request for an award of costs, in accordance with Fed. R. Civ. P. 54(d), and hereby state that Computer Associates is entitled to the taxation of statutory costs, which were reasonably and necessarily incurred in the defense of this action.

3.    Seyfarth Shaw LLP has kept track on a contemporaneous basis of the costs incurred by Computer Associates in this action. I base this affidavit on my review of those records.

Taxable Costs

4.      Computer Associates incurred the following costs for copies of papers necessarily obtained for use in this case. The cost for the following is no higher than what is generally charged for reproduction in the Boston area, and no more copies than what was actually necessary were reproduced:

   a.   Computer Associates incurred copying costs totaling $28.07 (401 pages at $.07 per page) to produce copies that were reasonably necessary to the maintenance of the action as follows:

   - in connection with its Pre-Trial Memorandum (26 pages);

   - in connection with its Motions In Limine and Stipulations of the Parties (47 pages total);

   - in connection with its Motion for Judgment As A Matter of Law, or In The Alternative, For A New Trial; Reply Memorandum of Law In Further Support of same; and Motion to Stay The Execution of Judgment (24 pages total); and

   - in connection with preparing original trial exhibits (304 pages).

5.      Computer Associates incurred costs in the amount of $1,750 to retain the services of Hon. Owen Todd, Todd & Weld LLP, to privately mediate this matter in May 2005.

6.      Computer Associates incurred costs in the amount of $53.93 to obtain Plaintiff's medical records.

7.      Computer Associates incurred the following costs for depositions necessarily obtained for use in the case:

   a.   Transcripts of the deposition of Plaintiff John Bohne, who was deposed on March 17, 2005 ($880.40) and June 30, 2005 ($612.40). Excerpts from these transcripts were necessary for and included as an exhibit to Defendant's Motion for Summary Judgment, and were also used for impeachment purposes at trial. The billing records reflect that the total cost of these depositions was $1,492.80.

8. These costs total $3,324.80 and were reasonably and necessarily incurred in defending Computer Associates against the claims raised by plaintiff in this action.

Signed under the pains and penalties of perjury this 14th day of February, 2008.

/s/ Brigitte Duffy
Brigitte M. Duffy (BBO # 565724)

Certificate of Service

I certify under the pains and penalties of perjury that a true copy of the within Affidavit in Support of Costs was served upon *pro se* Plaintiff John Bohne, 34 Kenmare Way, Rehoboth Beach, Delaware, 19971, by overnight mail, postage prepaid, on February 14th, 2008.

s/Brigitte M. Duffy