# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                      **Civil Action**
                                      **No:04-10068-WGY**

**JOHN P. BOHNE**

**Plaintiff**

v.

**COMPUTER ASSOCIATES INT'L**
**Defendant**

# JUDGMENT

**A Mandate from the First Circuit Court of Appeals having been issued on 2/25/08 ordering judgment for the Defendant Computer Associates Int'l,**
**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT  .**

                                              **Sarah A. Thornton**

                                              **Clerk**

**So Approved**

  **/s/ William G. Young**                                     **/s/ Elizabeth Smith**
                                                          **Deputy Clerk**

**April 18, 2008**

**To: All Counsel**