*John P. Bohne*
34 Kenmare Way
Rehoboth Beach, DE 19971
Phone: (302) 227-6405
Email: JohnBohne01@comcast.net

September 2, 2008

Mr. John Swainson
Chief Executive Officer
CA, Inc.
One CA Plaza
Islandia, NY 11749

Dear Mr. Swainson:

I left the employ of CA in August 2002 under circumstances that were detailed in a prior letter.

I am corresponding with you today to provide the enclosed check for $1492.80 which was ordered by the United States District Court to reimburse CA for certain expenses related to a legal action I initiated against CA.

I am happy to provide this sum and to close this matter once and for all. In the end, I did accomplish the goal I set out to accomplish. Specifically, I was vindicated by the Court of any wrong doing while I was employed by CA and I was awarded a settlement from the United States District Court in Massachussetts. I was compelled to represent myself in this action, due in part, to the fact that my original Attorney chose to withdraw from the case. CA was represented by one of the top law firms in the Boston area and had the services of one of the more skilled legal professionals in the field of Employment Law. This resulted in an appeal of the judgment and ultimately the reversal of the lower Court ruling. The enclosed check represents expenses that the Court has awarded to CA as a result of that appeal.

I would like to express my true appreciation for all of the opportunities that I was given at CA. I joined CA on Long Island without any sales experience

and was able to have a very successful career in sales while I was there. In fact, I was awarded eleven Compass Club trips for sales performance (I believe that it may even be a record) and my wife and I have some of the greatest memories from this travel. We were awarded the opportunity to travel to many of the most exotic places in the world including places like the Amazon, Kenya, and Bali to name just a few.

I have now moved on to a new career. I am a REALTOR in the Rehoboth Beach, Delaware office of Coldwell Banker Residential Brokerage. As an independent contractor I have the opportunity to have my own small business. I can also state that I put to good use all of the training and sales experience that I received at CA. This has provided me with the ability to be recognized as a "Top Agent" in the office for 5 of the last 8 months and runner up on the other months. I am also ranked as one of the highest performing agents in Sussex County, Delaware according to the statistics collected by the local Realtor Organization.

Please feel free to recommend me to anyone seeking a truly great retirement destination where real estate taxes are about 10% of the rate in the NY area.


Sincerely,



**John P. Bohne**


Cc: Brigitte M. Duffy, Seyfarth Shaw LLP